IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 2

IN RE: Trans World Airlines et al

|  |  |  |
|---|---|---|
| Herbert McMillian | ) | |
| Appellant | ) | Civil Action No. 06-44 |
| v. | ) | |
|  | ) | |
|  | ) | |
| Transworld Airlines et al | ) | Bankruptcy Case No.01-56 |
|  |  | A P No.05-88 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/22/05 was docketed in the District Court on 1/23/06:

> Order Entered on 11/22/05 Denying the Request to Enter Judgment by Default of Creditor, the Request for Judicial Notice of Criminal Investigation - Grand Jury Procedures, and the Affidavit of Facts Constituting the (Unpaid) Claims, Default and (Unpaid) Amounts and Barring Mr. Mc Millian from Filing any Further Pleadings in this Court Relating to his Disability Claim or any Criminal Complaints.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   January 24, 2006

To:     U.S. Bankruptcy Court
        Counsel