BIFFERATO GENTILOTTI
BIDEN & BALICK

March 17, 2006

ICB@bgbblaw.com
Direct Dial: (302) 429-0907
Direct Fax: (302) 792-7470

**VIA E-FILE AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

*In Re:* *Herbert McMillian v. Trans World Airlines, Inc.*
*C. A. No. 06-44*

Chief Judge Robinson :

  Our office has received a letter from James E. O'Neill, as counsel for TWA Post Confirmation Estate, the Appellee, requesting that the appeal of this matter proceed directly and not be subject to the mediation program. It is suggested by Mr. O'Neill that this appeal involves jurisdictional issues. Given the forgoing, I have not scheduled this matter for a mediation proceeding at this time.

  I leave it to the parties to request the appropriate relief from the Court to remove this matter from the Court's mediation process. I await further instruction from the Clerk's office as to the disposition of this appeal before I take any action. I am available at the Court's convenience and I will proceed in whatever manner the

www.bgbblaw.com

*BIFFERATO, GENTILOTTI, BIDEN & BALICK*
*March 17, 2006*
*Page 2*

Court deems appropriate.

                                         Respectfully,

                                         Ian Connor Bifferato

ICB/jmr
cc:    Monica Mosley (via facsimile: 302-573-6451)
        James E. O'Neill, III (via facsimile: 302-652-4400)
        Herbert McMillian (via first class mail)