IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: TRANS WORLD AIRLINES ESTATES, et al,.
　　　　　　　　　　　Debtors

Del. Appeal #
# 05-88

| | |
|---|---|
| In a SSA **disability** claims, benefits, ERISA act of Herbert McMillian, SS Claims # ▓▓▓▓8692 ) | Chapter 11 |
| **Creditor / Appellant** | Case No. 01-56(PJW) |
| *-against-* | (Jointly Administered) |
| | In re: U.S. District Court / DE. |
| **Trans World Airlines, Inc.** NYS Tax Id#526-976 | Case No. civ. 02 / 10 (GMS) |
| **Hartford Insurance Group, Inc.** Case #302FC24899 | Case No. 1-06-cv-44-UNA |
| **American Airlines Inc.** as, Joinder - Third Party | *"JURY ACTION"* |
| in Interest defaulting Debtors / Estates ) | |

**Amended Notice To:** Parties to receive notice pursuant to Del. Bankr LR 2002 or 4001.

### ENTRY OF DEFAULT

　　IT appears from the current **Index / Record** (1). Docket No.5637 (2). Dated Filed 12 / 20 / 05 (3). Original **NOTICE OF APPEAL**, For Removal and Accompanying Affidavit's without Payment of **Fees & Costs** and (4). Declaration proof of service, that the above-captioned defaulting debtors / estates, recipient, and counsel's and its insurance carrier and third-interest parties has "willful" **failed** Plead ; otherwise Defend or Appear to testify or to supply the requested records as to "pending" personal injury suit, Social Security claims of Worker's Compensation act. the payment of insurance "disability" benefits under ERISA ; pension plan in this entitled "jury action" and prosecution action. by 29 USC~1131 **&** 1132.

　　THEREFORE, **Default** automatic STAY of Judgment by default is **entered** - *against* - all the above-captioned debtors parties as authorized by Federal Rules of Bankruptcy Procedure; **7055.& 7062**; by Bankr. Code References. **11 USC~362**.

　　**Validity and amendment of requested judgment by default and with Affidavit as to Claims in Benefits; Default and Amount Due:** *(attached).*

Dated: February 06 , 2006.

　　　　　　　　　　　　　　　　　　　　By: *Herbert McMillian*
　　　　　　　　　　　　　　　　　　　　　**Herbert McMillian ,**
　　　　　　　　　　　　　　　　　　　　　Pro Se for Creditor / Appellant
　　　　　　　　　　　　　　　　　　　　　179-17 Anderson Road
　　　　　　　　　　　　　　　　　　　　　(718) 723-4693

**To.** Office of the Clerk
　　　U.S. Bankruptcy Court / District of Delaware

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: TRANS WORLD AIRLINES ESTATES, et al,.
                              **Debtors**

| | |
|---|---|
| In a SSA **disability** claims, benefits, ERISA act of )<br>Herbert McMillan, SS Claims # ▓▓▓▓ 8692<br>                      **Creditor / Appellant**<br>-against-<br><br>Trans World Airlines, Inc. NYS Tax Id#526-976<br>Hartford Insurance Group, Case# 302FC24899<br>American Airlines Inc. as Joinder-Third-Party<br>in Interest defaulting Debtors / Estates     ) | Chapter   11<br><br>Case No.01-56(PJW)<br>(Jointly Administered)<br>In re:U.S.District Court / DE.<br>Case No.civ. 02 / 10 (GMS).<br>Case No.1-06-cv.44-UNA<br>**"JURY ACTION"** |

**STATEMENT
FOR
JUDGMENT BY DEFAULT**
An action against a natural person
based upon non-payment of a
contractual obligation

Default was entered against above-captioned debtors / estates,
as to designee, TWA service list / "recipient" / counsel's.

    ON February 06, 2006, **Herbert McMillian**, an as Pro Se for creditor / appellate has *currently* applied and *previously* requested amendment and supplemental relating to assert preexisting basic for jurisdiction for multiple stated claims and entry of default -judgment by default of index record docket and has filed a attached affidavit as to constituting the claim, the judgment by default & the amount due and stating that the defaulting debtors/estates or its insurance carrier, "recipient" or counsel and third- interest parties has "willful" **failed** to plead, otherwise defend or appear to testify or supply the requested record as to pending personal injury suit; And [ he or she] is not in the military service. Furthermore, it appear from each index record docket that the debtor/ estates, et. al, is not an an infant or incompetent person. Therefore, pursuant to F..R.civ.P.55( b)(1) as incorporated by Fed,R.Bankr. P.7055 judgment by default is entered as a Matter of Law; Under Rule 50 as follows;

I.    **Relief sought**; From This Court Prior Adjudged **Order**; For Trial by Jury and Modiftying Automatic STAY To Permit Prosecution of Pending Personal Injury Suit. Under [ **11 USC~ 362** (a)(b)1(d).*and* to analogy **Order's** in the U.S. Court of Appeals - 2nd circuit (NYSD) For Review of Social Security "disability" claims **in** benefit suit. *(attached.* Exhibit  (A)    and    Exhibit (B)

### Prayer

**NOW, ON THE FINAL ENTRY OF DEFAULT; JUDGMENT BY DEFAULT OF** as pro Se, Herbert McMillian, (McMillian) judgment creditor / appellant, It is **ADJUDGED,** that Herbert McMillian, judgment creditor / appellant do recover for judgement by default **against** as to designee "willful" defaulting Trans World Airlines,Inc.et al,.(TWA) judgment debtors/ estates, recipient, Hartford Insurance Group(HIG) insurance carrier and third-interest party **shall** deposit in Court of an Bond with guarantee payments of an "annuity contract" with present value in excess of ad damnum sum of amount due in excess **$25,000,000,00** (million - dollars) with prejudgment interest rate 20%, together with costs of a "jury action" and [if] the sum of amount due is uncertain, it shall, upon request of "McMillian", judgment creditor / appellant, be assessed by a "jury as to past and future liability **and** as to past and future damages **for** loss of earning, impairment of earning, pain and suffering; by "McMillian" regarding complete **Payment** of insurance claims in benefits "DISABILITY's and to continue by the joined third-party as to multiple **claims in benefits**; together of SOCIAL SECURITY act, WORKER'S COMPENSATION act. under ERISA act, PENSION plan **and** Pay-out of the ANNUITY CONTRACT an 401K, **Claimed** by "McMillian "as "Management" Retired Employee in salary grade 72 of (TWA) & (HIG) insurance carrier for TWA and AA third-party (agreement) between TWA, judgment / estates, see; *TWA service list of "recipient" /counsel's /* Nov.18 ,05 Hearing @ 2:00 p.m. as directed above, of the aforesaid sum of annuity contract shall be posted as security and **Deposit in Court** within (30) thirty day after the judgment by default is entered. by governing provision. F.R.civ.P.67.& **28 USC~1874**.

and

II. That as to liability, as to damages which the "McMillian" creditor's in the above "jury action" is entitled" to recover will be assessed by a jury form sheet Itemized Verdicts, under F.R.civ.P.38 at the appropriate jurisdiction United States District Court for Southern District of New York, at          Term, Part      , to be held at the Courthouse thereof at, 40 Centre Street, New York, New York 10007. On **28** day of February 2006 at 9:30 o'clock A.M. fore noon of that day. **Or** Scheduling is by Court discreation of Date; Term ; Trial Part ; by a JURY: *(upon which Pending causes action suit arose in Queens County, NY.).*

**FINAL Judgment by Default will bear interest at the prejudgment rate of 20% from the date of this judgment by default is entered and / or by a Jury Itemized Verdicts until pay in full.**

Dated: February          ,2006

Chief Clerk, David Bird
United States Bankruptcy Court
District of Delaware
By_____
Deputy
or / and

Witness by;  Honorable, Peter J. Walsh ,Recusal Judge
Honorable, Mary F. Walrath, Chief Judge
United States Bankruptcy Court / DE.

Appearance by; Herbert McMillian ,Pro Se of Record for Creditor / Appellant

James E. O'Neill, Attorney of Record for Debtor's / Estates and
**see;** *TWA service lists / Recipient.* November,18 ,2005 /@ 2:00 P.M.

I, Herbert McMillian,as Creditor / Appellant Consent to Arbitration
Authorization of alternative dispute resolution by 28 USC~651 through 658
and section 2071

In the U.S.District Court / in DE
Case Name: In Re;Herbert McMillian as creditor /appellant
Case No.1-06-cv.44 (rjb)
Case No. civ -02-10
U.S. Bankruptcy  Court ; Case No.01-56 (pjw) and (mfw)
            vs
Trans -World Airlines Inc.et al,. as debtors .estates ,recipients,
Hartford Insurance Group, as insurance carrier for TWA
American Airlines Inc.,     as third-interest partites

James E. O'Neill Esq. @ pszyjw as counsel for TWA ,debtors /estates /
recipient

Intervention by U.S.Attorney General by (28 USC~652 /29 USC~1131 and 1132
            U.S.Trustee's by Bankr. P.2002 and 4001 and 1114 (a) (e) **and**
*Copy of  original Judgment by default to be sent to appropriate jurisdiction
Court's and regulatory Body or Agency's as required by law*:

UNITED STATES BANKRUPTCY COURT
District of Delaware                    In re: TWA

| | |
|---|---|
| Herbert McMillian, ) | Case No.01-56(PJW) |
| Creditor /Appellant ) | AFFIDAVIT AS TO |
| -against- ) | CONSTITUTING THE CLAIM |
| ) | THE JUDGMENT BY DEFAULT |
| Trans World Airlines , Inc. et al,. ) | AND THE AMOUNT DUE |
| Hartford Insurance Group ) | In re: U.S. District Court / DE. |
| American Airlines Inc. and - ) | Case No. civ. 02-10(GMS). |
| interest Party. ) | Case No. 1-06-cv.44-UNA |
| Debtors / Estates ) | *"JURY ACTION"* |

**State of New York, County of Queens) ss.:**

**Herbert McMillian,** being duly sworn, deposes and says :

1. I am as the pro Se for the creditor / appellant within the aboved-captioned entitled "jury action" and I make this affiavit as to constituting the claims the entry of default judgment by default and the amount due. pursuant to Fed.R,civ.P.55, 54(b) and 62.

2. The above-captioned entitled an "jury action" was brought to recover damages for personal injury, common contract under ERISA of multiple claims in benefits "disability",and facts and laws upon which pending cause action suit arose.

3. The **inception** above entitled "jury action" was commenced and by U.S.mailed service of a "original" summons on notice : trial by jury demand and creditor petition, **Index** Docket No.2424 "through" **Index** Docket No.5601 all parts of papers and exhibits of previously proceedings heretofore had herein ,and after numerous hearings thereto, and after due deliberation having been held thereon.

4. Upon the prior Motion of Herbert McMillian for trial by jury,the Court having heard argument and Court being advised in the Premises;The Court duly Adjudged an Order Modifying The STAY With Respect To Certain Claims of Herbert McMillian: Under 11 USC~362. [ Dated Filed : 8 / 24 -01.] **see**; Exhibit  (A).

5. Furthermore the automatic Stay under 11 USC~362 was modified allowing Herbert McMillian to proceed in the Social Security Administration Act ; similiar pending action; U.S. Court of Appeals in 2nd Circuit (NYSD) regarding "DISABILITY" insurance claimed by "McMillian" as retired employee of Trans World Airlines Inc.et al,its insurance carrier Hartford Insurance Group. [ *analogy* "Class Action" Dixon V. Shalala / cite as 54 F. 3d 1019 (2nd  Cir. 1995 / No.212, Docket No.94-6040. at United States /Second Circuit:NYSD. [ relating Order's of Court of Appeals for Review) see; Exhibit  (B).

6. Based on Current review of **Index Record**  / Docket No.5637 / *Dated Filed on 12 / 20 / 2005 / Document Name* / NOTICE of APPEAL,for removal and accompanying affidavit without payment of fees and costs ,having been filed and declaration proof of due service on all above-captioned debtors / estates, "recipient",Insurer.

**7.** The debtors / estates, "recipient" **failed** to plead or otherwise defend or appear to testify or to supply the requested record under personal injury claims of the complete ERISA "disability", "Insurance disability" benefits, pension plan in which the action is triable by a jury. (F.R.Civ.P.**38** and 81(c) and prosecution by 29 USC.1131 and 1132.

**8.** Judgment as to multiple claims and multiple debtors / estates, "recipient", insurance carrier **time** to plead or otherwise defend has not been extended, and each of them are now in **default** in pleading by law. Under F.R.civ.P.54 and 62 and related Rules.

**9.** Herbert McMillian as Judgment Creditor, reserved the rights to file Civil action suit by a Jury and Complaint of Criminal Action to Prosecution of crimes, conspiracy, fraud & against counsel misconduct and wilfull defaulting TWA debtors/estates its (HIG) insurance carrier.(11USC~362(a)(b)(1) (d) & 29 USC~1131 & 1132.

**10.** Furthermore, it appear from each index record docket that debtors *inter-alias* interest parties is not in the military service, is not an infant or incompetent person.

**11.** Additional required notice of declaration- proof of service by F.R.civ.P 55(b) or **(5(e)** was duly by U.S Certified Mail -Return Receipt on 06 day of February 2006.(attached).

**I. RELIEF sought:** From This Court Prior Order; For Trial by Jury and **Modiftying**; Automatic Stay To Permit Prosecution of Pending Personal Injury Suit. Under- [ **11 USC~ 362.**] **see;** analogy U.S. Court's of Appeals Order's, in 2nd.cir. for review.

NOW, ON THE FINAL ENTRY OF DEFAULT; JUDGMENT BY DEFAULT
OF as pro Se, Herbert McMillian, ("McMillian") judgment creditor / appellant, It is, **ADJUDGED**, that Herbert McMillian, judgment creditor / appellant do recover for judgment by default **against** as to designee "willful"defaulting Trans World Airlines Inc.et.al ("TWA") Judgment debtors'/estates, recipient and Hartford Insurance Group ("HIG") its insurance carrier and third-interest party shall deposit in Court of an Bond with guarantee payments of an "annuity contract" with the present value in excess of **ad damnum** sum of amount due in excess **$25,000.000.00** (millions dollars) with pre-judgment interest rate 20 %., together with costs of this "jury action" and [if] the sum of amount due is uncertain, upon request of "McMillian", creditor/appellant, be assessed by a jury as to past and future liability **and** as to past and future damages **for lost of earning, impairment of earning, pain and suffering ;by "McMillian" regarding** complete **Payment** of insurance claims in benefits in "DISABILITY" **and** to be continue by (AA) third- interest party as to multiple **claims in benefits;** together in SOCIAL SECURITY act. WORKER'S COMPENSATION act. under ERISA act, PENSION plan **and** Pay-out of the ANNUITY CONTRACT AN 401K, claimed by "McMillian" as "Management: Retired Employee in salary grade 72 of (TWA) and (HIG) insurance carrier for TWA and AA third-party (agreement) between TWA, judgment / estates, **see;** TWA service list of / recipient /counsel / Nov. 18, 2005 Hearing @ 2: 00 P.M.as directed above, of the aforesaid sum of annuity contract shall be posted as security and **Deposit in Court** within (30) thirty day after the the judgment is entered. by governing provision.F.R.civ.P.67.**and** 28 USC~1874 . and

II. That as to liability , as to damages which the "McMillian" creditor's in the above "jury action" is entitled to recover will be assessed by a jury form sheet Itemized Verdicts, under F.R.civ. P 38 at the appropriate jurisdiction United States District Court for Southern District of New York , at a _____ Term, Part _____ , to be held at the Courthouse thereof at:40 Centre Street, New York,NY 10007 On **28** day of February 2006 at 9:30 o'clock A.M. forenoon of that day. **Or** Scheduling is by the Court's discretion of Date; Term ;Trial Part; by a Jury. **(** *Upon which Pending causes action suit arose)* in Queens County,NY.

**FINAL Judgment by Default will bear interest at the prejudgment rate of 20% from the date of this judgment by default is entered and / or by <u>a Jury Itemized Verdicts until paid in full</u>.**

*Amended as required Notice to Trustees's duties. in re:retired benefits payments;*
<u>*as governing provisions of 11 USC~ 1114 (a) (e) (1) (f)*</u>*.*

Sworn to before me on 6th of February , 2006

*[Notary signature and stamp: AUGERALDO GUERRIER, Notary Public/State of New York, No. 41-6697750, Qualified in Queens County, Commission Expires December 31, 2006]*

Herbert Mc Millian,
Pro Se for Creditor / Appellant
179-17 Anderson Road
St.Albans, NY 11434
(718)723-4693

Information pursuant to Section 5 of the F.R.civ.P or Bankr 7005.
Residence and trade or profession of debtors / estates / of TWA and counsel's Service list of the"recipient" on 11 / 18 / 05 Hearing @ 2:00 P.M.

**To:***Via;Certified Mail - Return Receipt*. **Personal and Confidential**

| | |
|---|---|
| Trans World Airlines Inc et al. | Hartford Insurance Group |
| Judgment Debtors | Insurance carrier of Judgment Debtors |
| | |
| Michael J.Lichty Esq.CEO | Ramani Ayer , CEO |
| Counsel of Record Office | Counsel of Record Officer |
| Pachulski,Stang, Ziehl, Young | 690 Asylum Ave. |
| Jones,Weintraub,P.C | Hartford , CT.06115 |
| 919 North Market Street | Att:IPD / Retirement Plan Solution |
| Wilmington, DE. 19899 | for TWA |

American Airlines Inc.
Address and Parties Unknown

<u>*Copy of Original Judgment by Default to be sent to appropriate jurisdiction Court's and regulatory body,*</u> below ; **see;** Power of Court's 11 USC~105. and **Judicial Notice of Adjudicative Facts,Laws;** under **201** of Federal Rules of Evidence.

I, Herbert McMillian, as Judgment Creditor/ appellant, Consent to Arbitration Autorization of alternative dispute resolution by 28 USC-651 through 658 and section 2071

**U.S. District Court / DE.** of Assigned Arbitrator, **in re:** Case No.1-06-cv.44- (rjb) UNA. by 28 USC~652 and F.R.civ. P.81.

**U.S. Court of Appeals** in 2nd cir. NYSD.for review by USC~2112.
**U.S. Attorney General Office** by 29 USC~ 1131 and 1132 /Brktcy P.2018.
**U.S. Trustee's Office** by Brktcy P. 2002 (f) (k) ; 4001 **&** 11 USC~ 1114(a) (e) (1).

1. Amendment of Pleading to Show Jurisdiction by 28 USC~1653
2. *Trustee's and Recivers Suable;Management; State Law by 28 USC~959*
3. Brktcy book: Index Crimes- of Automatic STAY 11 USC~ 362 and 18 USC~ 152 / 153.
4. Right to trial by jury and Power of Court's 11 USC~ 105 and F.R.civ. P.**38** and 81(c)
5. Method of Serving and Filing Pleading, papers F.R.civ.P.5 and Brktcy P.7005.
*See also discussion under Rule 55 as to Default Judgment and Appearance.*
6. **Stay** of Proceeding to Enforce a Judgment by F.R.civ.P 54(b) and 62
7. **Seizure** of person or property by F.R.civ.P.64
8 Deposit in Court ; Posting of Bond: by F.R.civ.P.67  Related  28 USC~ 1874(default).
**JUDGMENT BY DEFAULT AS A MATTER OF LAW :governing provision F.R.civ.P.50.**