IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: TRANS WORLD AIRLINES ESTATES, et al,. "
              Debtors'

| | |
|---|---|
| *In a Pending Personal Injury Suit, and Social Security Act ;* <br> *Worker"s Compensation Act; "Disability"claims & ERISA of* <br> **Herbert McMillian,** *SS Claims # ▓▓▓▓3692* <br> **Judgment - Creditor** | Chapter 11 <br><br> Case No.01-56(PJW) <br> (Jointly Administered) |
| *-against-* | U.S.District Court / DE <br> (Fmr Case No: civ.02 -10(GMS) |
| **Trans World Airlines, Inc.** *NYS Tax Id # 526-976* <br> **Hartford Insurance Group,** *Case # 302FC24899* <br> **American Airlines Inc.** *(collective bargaining agreement)* <br> **Absent Judgment - Debtors / Estates** | (Case No. civ. 1-06-44(SLR) <br><br> **"JURY ACTION"** <br><br> ) Adv.Pro. No._____ |

### REQUEST TO CORRECT DOCKET ENTRY
### AS A JUDGMENT BY DEFAULT

**To:** David Bird, as Chief Clerk in the above - captioned Court's.
   Witness: Hon:Mary F.Walrath, as U.S Administrative.Bankruptcy Judge.
   Witness: Hon: Sue L.Robinson, as U.S.Administrative District Judge of DE.

**Relief From** (*prior Court Order*) ( Automatic Stay - 11-USC~ 362 et seq.).

TAKE NOTICE, **The undersigned, creditor hereby request the following:**

  1. Summary of governing provision is Fed.R.Civ.P. Rule 79 (statutory authority) that the *Clerk's Must,* **correct** the **docket entry** as a *JUDGMENT* of the *duly Filed* and *Transmitted* of documents in the above Court's, by the undersigned (dated) February 08,2006. with a *duly* Declaration, of *due* service's (attached).

  2. Clerk's *MUST summarizes the substance or nature of each documents* ,by "marking notation" on *date, time of Entry took place,in Index docket,* **at:** *Book (number) ,(page or pages)* in a" *Jury Action* ";names of parties.( *appeal -*801).

  3.Take Further Notice, Upon request of Creditor ,*Clerk's Must establish trial of Index ;calendar, "JURY"ACTION"* ;as to **damages** which Creditor to recover *will be assessed byJury see*;Fed.R.Civ.P.Rule 79(c) **by** *Rule-38* ;28 USC~1874.

  4. Take Further Notice, *Clerk Must* **certify,** *Index- docketed* document's as a JUDGMENT..As *kept* Public Records (authenticated) by the *Seal* of the Court's. pursuant to Fed.R. Civ.P.Rule 44 and Fed.R.of Evid. Rule, *901* or *902*.

5. Take Further Notice, *Clerk Must* waive any fees, costs for the above service, A **certified** Copy, so **registered** as A Judgment by Default as requested. Under 28 USC~1915 and <u>1963</u> and The Clerk's , "*shall*" give **Notice** by mail to **U.S. Trustee's** and to *Parties* in Interest: as required under (Bankr.P 2002 and 4001).

*AFFIDAVIT OF FACTS CONSTITUTING THE NATURE OF PENDING PERSONAL INJURY SUIT AND SOCIAL SECURITY ACT "DISABILITY" INSURANCE CLAIMED AND ERISA PLAN ,PAY OUT OF ANNUITY CONTRACT / 401K.*

STATE OF NEW YORK, COUNTY OF QUEENS:          PRO SE AFFIDAVIT

Herbert Mc Millian , being duly sworn, desposes and says: that the deponent is the undersigned Judgment - Creditor, request the within (demands) **Jury Action"** the Clerk's *Must Docket ,Correct the Entry* as a Judgment of the duly *Filed* and *Transmitted of documents* by the undersigned February 28 , 2006, with duly Declaration ,proof of due service's; and thereof was (attached). **by** Rule 79 (a)c).

It appears from the record that the above -captioned debtors / estates / attorneys / joinder parties in interest "willful" **failed** to plead or otherwise defend or/and previously answer interrogatories or duly served subpoena's or to testify or proceed to hearing / trial by **"jury action"** or (post annuity contract)**(counter-appeal -801)** as required by law.

### Basis for Determining as a Judgment by Default to be Entered

WHEREFORE, *deponent* as requested that the Judgment Creditor,do recover of the Judgment -Debtors / Estates / Insurance Carrier and all the Parties in Interest to guarantee the purchase and payments of *ad damnum* "an annuity contract" with the present value in excess of **$25,000,000.00** (millions dollars) that will provide for the lump sum payment of the aforesaid as requested above, and the *"annuity contract"* shall be posted as security within (30) thirty days after this judgment by default is entered **or** after assessment of elements of damages by a Jury-Verdict is Entered.(as and for past and future liability and damages suffered by the Judgment - Creditor).

Sworn to before me on 3rd
June 2006

Address of Judgment Creditor.

*Michael E Pearson*
Notary Public

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

Date of Executed:
**Docketed as a Judgment by Default**

x *Herbert Mc Millian*
By, Herbert McMillian, Pro Se
Judgment Creditor
179-17 Anderson Road
St.Albans , NY  11434
(718) 723-4693

Address(es) of Judgment Debtors / **see**; attached) Declaration -Certificate of Services.
**Jurisdiction:** *Federal Question*.
*Creditor, reserve the rights to file Civil Complaint , by 29 USC- 1001et seq .and 1131 and 1132 **and Criminal Complaint (bankruptcy crimes)** by Title USC 18 Chapter 9) .

IN THE UNITED STATES BANKRUPTCY COURT    Case No.01-56 (PJW).
DISTRICT OF DELAWARE                                              (MFW).

**Declaration / Certificate Of Service's:** (Pursuant to 28 USC~ 1746).
I, Herbert McMillian, as pro Se for Judgment - Creditor, declare under penalty of perjury ; of the United States for the Undersigned **certify** that a true and correct copy of foregoing documents in this triable **"Jury Action"** ;

1. Request To Correct Docket Entry as a Judgment by Default ;with Affidavit;

together with all attachments and exhibits, were delivered by [ ] Personal Service **or** [ ] sent by U.S. first-class **or** Certified Mail - Return Receipt **or** Certificate of Mailing ( in a properly address envelope with first class postage duly paid).or other_____ before 5:00 P.M. on _____2006 *(date)* to the Judgment - Debtors / Estates / Insurance carrier and Joinder and their appearance ,Attorney's of record for all of the parties in interest in this triable **"Jury Action"** at: address (es) listed below:

1. Trans World Airlines Inc.et al,.      -and-   2. TWA, Inc. Post Confirmation Estates
   P/S/Z/Y/J/W. P.C.                                     Jill M. Farmer, General Counsel
   James E. O' Neill, Atty.of Record              Michael J. Lichty, Plan Administrator
   919 North Market Street                           P.O. Box 12247
   Wilmington, DE 19899-8705                     Kansas City, MO. 64152
   Co-Counsel-see TWA Services List          ( Employees Retiree Benefits Plan).

3. American Airlines Inc.                    -and-   4. Hartford Insurance Group
   John Doe's, CEO                                     Ramani Ayer, CEO
   Attorney of Record (unknown)                Attorney in-fact of Record (unknown)
   Address (unknown)                                 690 Asylum Ave.
   State of USA                                          Hartford, CT 06115
   Joinder's                                                Attn:IPD / Retirement Plan Solution for TWA

Also [ ] sent by U.S.first-class **or** Certified Mail-Return-Receipt [ ] by Personal Service: that the same *above aforesaid* *orginal* document's at: address(es) listed below:

5. David Bird, Chief Clerk                  -and-   6. Hon:Sue L. Robinson, Admin. Judge
   Hon Mary F. Walrath, Admin. Judge          United States District Court
   United State Bankruptcy Court                 District of Delaware
   824 Market Street                                    844 King Street
   Wilmington DE 19899                              Wilmington DE 19801
   (Clerk,*shall* give **Notice** by mail to **U.S.Trustee**,& Parties in Interest(by R..2002); 4001).

Sworn to before me on 3rd
June, 2006:

*Michael E Pearson*
Notary Public

x *Herbert McMillian*
Herbert McMillian, Pro Se
Judgement - Creditor
179-17 Anderson Road
St. Albans, NY 11434
(718) 723-4693

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009