IN THE UNITED STATES BANKRUPTCY COURT        Case No.01-56 (PJW).
DISTRICT OF DELAWARE                                                    (MFW).

**Declaration / Certificate Of Service's:** (Pursuant to 28 USC~ 1746).

I, Herbert McMillian, as pro Se for Judgment - Creditor, declare under penalty of perjury ; of the United States for the Undersigned **certify** that a true and correct copy of foregoing documents in this triable **"Jury Action"** ;

1. Request To Correct Docket Entry as a Judgment by Default ;with Affidavit;

together with all attachments and exhibits, were delivered by [ ] Personal Service or [ ] sent by U.S. first-class or Certified Mail - Return Receipt or Certificate of Mailing ( in a properly address envelope with first class postage duly paid).or other_____ before 5:00 P.M. on _____ 2006 (date) to the Judgment - Debtors / Estates / Insurance carrier and Joinder and their appearance ,Attorney's of record for all of the parties in interest in this triable **"Jury Action"** at: address (es) listed below:

1. Trans World Airlines Inc.et al,.        -and-    2. TWA, Inc. Post Confirmation Estates
   P/S/Z/Y/J/W. P.C.                                Jill M. Farmer,   General Counsel
   James E. O' Neill, Atty.of Record                Michael J. Lichty, Plan Administrator
   919 North Market Street                          P.O. Box 12247
   Wilmington, DE 19899-8705                        Kansas City, MO. 64152
   Co-Counsel-see TWA Services List                 ( Employees Retiree Benefits Plan).

3. American Airlines Inc.                  -and-    4. Hartford Insurance Group
   John Doe's, CEO                                  Ramani Ayer, CEO
   Attorney of Record (unknown)                     Attorney in-fact of Record (unknown)
   Address (unknown)                                690 Asylum Ave.
   State of USA                                     Hartford, CT  06115
   Joinder's                                        Attn:IPD / Retirement Plan Solution for TWA

Also [ ] sent by U.S.first-class or Certified Mail-Return-Receipt [ ] by Personal Service: that the same above aforesaid orginal document's at: address(es) listed below:

5. David Bird, Chief Clerk                 -and-    6. Hon:Sue L. Robinson, Admin. Judge
   Hon Mary F. Walrath, Admin. Judge                United States District Court
   United State Bankruptcy Court                    District of Delaware
   824 Market Street                                844 King Street
   Wilmington DE 19899                              Wilmington DE 19801

(Clerk,shall give **Notice** by mail to **U.S.Trustee,**& Parties in Interest(by R..2002); 4001).

Sworn to before me on 3rd
June, 2006:

*Michael E Pearson*
Notary Public

x *Herbert McMillian*
Herbert McMillian, Pro Se
Judgement - Creditor
179-17 Anderson Road
St. Albans, NY 11434
(718) 723-4693

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

**FILED**
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exhibit - "A"

**Certificate of Mailing #1**

U.S. POSTAL SERVICE — CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
United States District Court
District of Delaware
844 King Street
Wilmington, DE. 19801
Attn: Hon. Sue L. Robinson, Judge

PS Form 3817, January 2001

Postage $0.95 — U.S. Postage Paid, Springfield Gar. NY, JUN 03 06 — 00031184-15

---

**Certified Mail Receipt #1**

U.S. Postal Service — CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE — WILMINGTON DE 19899

| Item | Amount |
|---|---|
| Postage | $0.39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.64 |

UNIT ID: 0213
Postmark Here — 06/03/06 — Clerk: KT9T3H

Sent To: U.S. Bankruptcy Court District of Delaware
Street, Apt. No. or PO Box No.: 824 Market St
City, State, ZIP+4: Wilmington, DE 19899

7005 1160 0000 2044 4966

PS Form 3800, June 2002

---

**Certificate of Mailing #2**

U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19899
Attn: Hon. Peter J. Walsh, Judge
Hon. Mary F. Walrath, Judge

PS Form 3817, January 2001

Postage $0.95 — U.S. Postage Paid, Springfield Gar. NY, JUN 03 06 — 00031184-15

---

**Certified Mail Receipt #2**

U.S. Postal Service — CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE — WILMINGTON, DE 19899-8705

| Item | Amount |
|---|---|
| Postage | $0.63 |
| Certified Fee | 2.40 |
| Return Receipt Fee | 1.85 |
| Restricted Delivery Fee | |
| Total Postage & Fees | $4.88 |

UNIT ID: 0213
Postmark Here — 06/03/06 — Clerk: KT9T3H

Sent To: Pachulski, Stang, Ziehl, Young + Jones, Attn: James E. O'Neill, Esq.
Street, Apt. No. or PO Box No.: 919 North Market St
City, State, ZIP+4: Wilmington, DE 19899-8705

7005 1160 0000 2044 5012

PS Form 3800, June 2002

---

**Certificate of Mailing #3**

U.S. POSTAL SERVICE — CERTIFICATE OF MAILING

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
TWA, Inc. Post Confirmation Estate
P.O. Box 12247
Kansas City, MO 64152
Attn: Jill M. Farmer, General Counsel

PS Form 3817, January 2001

Postage $0.95 — U.S. Postage Paid, Springfield Gar. NY, JUN 03 06 — 00031184-15
Postmark: Springfield Grds Sta NY 11413-9998, JUN -3 2006

---

**Certified Mail Receipt #3**

U.S. Postal Service — CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE — HARTFORD, CT 06115

| Item | Amount |
|---|---|
| Postage | $0.39 |
| Certified Fee | 2.40 |
| Return Receipt Fee | 1.85 |
| Restricted Delivery Fee | |
| Total Postage & Fees | $4.64 |

UNIT ID: 0213
Postmark Here — 06/03/06 — Clerk: KT9T3H

Sent To: Hartford Insurance Group, Attn: General Counsel
Street, Apt. No. or PO Box No.: 690 Asylum Ave
City, State, ZIP+4: Hartford, CT 06115

7005 1160 0000 2044 5005

PS Form 3800, June 2002

UNITED STATES POSTAL SERVICE  |  First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERBERT McMILLIAN
179-17 Anderson Rd.
ST. ALBANS, NY 11434

C082

---

UNITED STATES POSTAL SERVICE   WILMINGTON DE 197
08 JUN 2006 PM 3 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERBERT McMILLIAN
179-17 Anderson Rd.
ST. ALBANS, NY 11434

082

---

UNITED STATES POSTAL SERVICE  |  First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERBERT McMILLIAN
179-17 Anderson Rd.
ST. ALBANS, NY 11434

C082

## Return Receipt 1

**SENDER: COM...**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X *Dale K. Goldstein* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Dale K. Goldstein

C. Date of Delivery: JUN 07 2006

1. Article Addressed to:

   Hartford Insurance Group
   General Counsel
   690 Asylum Ave
   Hartford, CT 06115
   Attn: IPD/Retirement Plan Solution for TWA

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0000 2044 5005

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

## Return Receipt 2

**CERTIFIED MAIL**

**SENDER: C...**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): James

C. Date of Delivery: 6/8

1. Article Addressed to:

   Pachulski, Stang, Ziehl, Young, Jones, P.C.
   Attn: James E. O'Neill
   919 North Market St.
   Wilmington, DE 19899-8705
   Co. Counsel, TWA (service list)

D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: JUN 8 2006 RODNEY SQ STA]

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0000 2044 5012

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

## Return Receipt 3

**CERTIFIED MAIL**

**SENDER: COMPL...**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: X [signature] Bartol ☐ Agent ☐ Addressee

B. Received by (Printed Name): Joe Bartol

C. Date of Delivery:

1. Article Addressed to:

   United States Bankruptcy Court, District of Delaware
   824 Market St
   Wilmington, DE 19899
   Attn: David Bird, Clerk
   Hon. Mary F. Walrath, Judge
   In re: TWA - 01-56 (PJW)

D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: JUN 7 RODNEY SQ STA]

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0000 2044 4961

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

IN THE UNITED STATES DISTRICT COURT   Civil Docket For
DISTRICT OF DELAWARE   Case #: 1:06-cv-44-(SLR).

**Declaration / Certificate of Service'** (Pursuant to 28 USC~1746 ).

I , **Herbert McMillian** , as pro Se for Appellant , declare under penalty of perjury ; ot the UNITED STATES for the Undersigned ,..certify that a true and correct copy of documents in this Alternative Dispute Resolution(ADR) "Court Action "or or "Jury Action" ;

1 . Appellant ,Reply Memorandum , with Exhibit (A) and Exhibit (B)

together with all attached and exhibits,were delivered by [ ] Personal Service or [ ] sent by U.S. First class or Certified Mail -Return Receipt or Certificate of Mailing (in a properly address envelope with postages duly paid) or other [ ] _____ before 5:00 P.M. on (see: papers ( attached ) 2006 to parties at: address(es) listed below:

**1.** Trans World Airlines Inc. et al,  and   **2** Jill M.Farmer, as General Counsel
James E. O' Neill @ P/s/z/y/j/.P.C.   ( service lists / Recipients,counsels)
919 North Market Street
Wilmington, DE 19899-8705
Co-Counsels for TWA , Inc.

**Also.**[ ] Personal Services **or** [ ] send by U.S.First Class **or** [ ] Certified Mail - Return Receipt [ ] Certificate of Mailing (in a properly address envelope with postages duly paid). **or** other [ ] _____ that the **same** above aforesaid **ORIGINAL** document(s) at: parties address(es) listed below:   ( *with proof of service attached* ).

3. Appellant , Reply Memorandum ,with Exhibit (A) and) Exhibit (B).

<u>MEDIATOR</u>
Bifferato ,Gentilotti ,Biden,Balick
1308 Delaware Ave.
Wilmington ,DE 19806

U.S. District Court /DE   Monica Mosley
U.S. Bankkruptcy Court/ by David ; Clerk of the Court
Case No.01-56(PJW) and AP-05-88(MFW)

Sworn to before me on 12   x *Herbert McMillian*
June 2006:   **Herbert McMillian**, Pro se
   Appellant
   179-17 Anderson Road
   St. Albans , NY 11434
   (718) 723-4693).

BRIAN THOMAS ORSETT
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 23, 2006

*BTLOS*

*Exhibit B"*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 6/13 |
| 1. Article Addressed to: Pachulski, Stang, Ziehl, Young, Jones by: James E. O'Neill 919 North Market St. Wilmington, DE 19899-8705 For TWA, Inc. Et. Al,- | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[postmark JUN 13 2006]<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0002 4819 7168 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1 |

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
U.S. District Court
844 King St.
Wilmington, DE 19801
ATTN: Monica Mosley

PS Form 3817, January 2001

[postmark: RODNEY SQ STA WILMINGTON DE JUN 12 2006; U.S. POSTAGE PAID WILMINGTON DE JUN 12 '06 $0.95 00047866-04]



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
WILMINGTON DE 19899  OFFICIAL USE

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.64 |

Postmark Here   06/12/2006

Sent To: Pachulski, Stang, Ziehl, Young, Jones P.C. Attn: James E. O'Neill
Street, Apt. No.; or PO Box No. 919 North Market St.
City, State, ZIP+4 Wilmington, DE 19899-8705

PS Form 3800, June 2002   See Reverse for Instructions

---



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
U.S. Bankruptcy Court
824 Market St.
Wilmington DE
ATTN: David Bird, Clerk

PS Form 3817, January 2001   (PJW) Judge, (MFW)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERBERT McMILLIAN
179-17 ANderSoN Rd.
ST. ALBANS, NY 11434

C0A2

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Ma
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. F valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof delivery. To obtain Return Receipt service, please complete and attach a Rett Receipt (PS Form 3811) to the article and add applicable postage to cover t fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver a duplicate return receipt, a USPS® postmark on your Certified Mail receipt required.
- For an additional fee, delivery may be restricted to the addressee addressee's authorized agent. Advise the clerk or mark the mailpiece with t endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the ai cle at the post office for postmarking. If a postmark on the Certified M receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry Internet access to delivery information is not available on mail addressed to APOs and FPOs.

Form 3800, June 2002 (Reverse)

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
Hon. Sue L. Robinson, Chief Judge
United States District Court
844 Kings Street
Wilmington, DE 19801
Attn: Clerk Office

PS Form 3817, January 2001

U.S. POSTAGE PAID JAMAICA, NY 11413 JUL 11 06 AMOUNT $0.95 0003184-21

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
Ian Connet Biffetato (Mediator)
Biffetato, Gentilotti, Biden & Balick
1308 Delaware Ave.
Wilmington, DE 19806

PS Form 3817, January 2001

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
Hon. Mary F. Walrath, Chief Judge
United States Bankruptcy Court
824 Market St.
Wilmington, DE 19899
Attn: Clerk Office

PS Form 3817, January 2001

---

**CERTIFIED MAIL RECEIPT** (PS Form 3800, June 2002)
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: TWA, INC. — Pachulski, Stang, Ziehl, Young, Jones — James E. O'Neill, Esq.
Street: 919 North Market St.
City, State, ZIP: Wilmington, DE 19899-8705
Postage: $0.39
Certified Fee: $2.40
Return Receipt Fee: $1.85
Restricted Delivery Fee: $0.00
Total Postage & Fees: $4.64
Postmark 07/11/2006

---

**CERTIFIED MAIL RECEIPT** (PS Form 3800, June 2002)

Sent To: Hartford Insurance Group
Street: 690 Asylum Ave.
City, State, ZIP: Hartford, CT 06115
Postage: $0.39
Certified Fee: $2.40
Return Receipt Fee: $1.85
Restricted Delivery Fee: $0.00
Total Postage & Fees: $4.64
Postmark 07/11/2006

---

**CERTIFIED MAIL RECEIPT** (PS Form 3800, June 2002)

Sent To: TWA, INC. Post Confirmation Estates — Jill M. Falmet, Esq.
Street / PO Box: P.O. Box 13347
City, State, ZIP: Kansas, MO 64153
Postage: $0.39
Certified Fee: $2.40
Return Receipt Fee: $1.85
Restricted Delivery Fee: $0.00
Total Postage & Fees: $4.64

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

Nature of Pending Personal Injury (Suit) & )     Chapter 11
Social Secutity Act. & Worker's Compensation &     USBK/DE -Appeal-FRE-801
Payments of Retiree Insurance Benefits & ERISA     Case No. 01-56(PJW)
Plan act..of Insurance "Disability" claims of
**Herbert McMillian**, ( SS Claims #■■■■8692)     *Civil Docket For*
    Case No.06-44-(SLR)
    **Creditor / Appellant**     Demands "Jury Action"
-against-     All Issues
    [ Fed.R.civ.P.38 & 49 ]

**Trans World Airlines,Inc.** (NYS Tax Id # 526-976)
**Hartford Insurance Group.**(Case # 302FC24899)     **Affidavit of Compliance**
**American Airlines Inc.**(Post Retirement agreement)     **with Fed.R.Civ.P. 55**
    DEFAULT JUDGMENT
**Defaulting- Recipient - Debtors / Appellees**     by DEFAULT
    )

---

State of New York )
County of Queens )ss.:



FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Herbert McMiilian, being duly sworn, deposes and states:

Identity and Competence of Affiant

1. **Herbert McMillian** ,("McMillian").

2. I, am over 18 years of age,and I am undersigned fully competent to make this affidavit in good faith and I have personal knowledge of the proof of facts and <u>all</u> dispute both legal and equitable claims and all issues so triable as, of liability and damages to the jury trial demands.has been made as stated in this affidavit.

3. I am an as pro Se for creditor / appellant in this demands **"jury action"**.

    Entry of Default for **Failure** is based in this Affidavit , that:

4. **Trans World Airlines** ("TWA"),(list of Recipients, counsels) and **Hartford Insurance Group.**("HIG").and **American Airlines,**("AA"). for debtors / appellees was served with evidentiary of the relevant names documents as follows:

5. Request To Correct Docket Entry As A Judgment By Default
    On 3rd day of June, 2006. in the (USBK/DE - Case No.01-56(PJW).

6. Appellant, Reply Memorandum; To Court Appointed Mediator.
    On 9th day of June 2006. in this Court.

7. The Declaration / Certificate of Service's filed with Court's, to establishes that service was proper and timely pursuant to Rules 5 or **11** of Federal Rules of Civil Procedure. is attached to this Affidavit of Appellant, as Exhibit's **"A"and "B"**.

8. **"TWA"** (list of recipients),and "HIG" has **fail** to plead or respond or verify of evidentiary of relevant names documents in paragraph 5 and 6 in this Affidavit.

9. The Appearance ? co-counsel -James O'Neill / General counsel -Jill Farmer for appellees has willfully **failed** either to file and serve an answering affidavit **at** the Omnibus Hearing **on** June 15, 2006 **at** U.S. Bankruptcy Court /DE, Case No. 01-56. ? counsels **refuse** to **consent** in Alternative Dispute Resolution Program -Mediation- *by* 28 USC~652.) Witness by Judge,Walsh and Appellant,McMillian.

10. The applicable time limit for any above-caption defaulting appellees or their counsel's to defend or respond or consent to ('ADR").program has expired.

11. The appellees / debtors "TWA", and qualified insurance carrier "HIG", and "AA" have **failed** (through the purchase of insurance or post agreement or otherwise) prior to filing bankruptcy petition in year of 2001. in pending Personal Injury "Disability" (suit) of "McMillian" creditor / appellant as employee, as follows:

A). The appointed **trustee** , shall Pay full **future** Retiree Insurance benefits , plan . Under 11 USC~1114(a)(e)(1) and adopted Section 608 (a)1 through 5). and B). The jurisdiction district **U.S.Attorney** , shall Prosecute **denial** of any Payment of Employees Retirement Income Security Act (ERISA),Pension plan Annuity Contract, and 401K; governing section of 29 USC~1001 et seq. and 29 USC~ 1131. **Criminal penalties** and 1132(c)(d) **(j). Civil enforcement.**

WHEREFORE, *deponent* appellant ,"McMillian" **demands,** judgment by default as matter of law -against- above caption defaulting multiple appellees, "TWA" and "HIG" and "AA" each of them herein ,after **failure** to make past or future payments as management -non-contract retiree "employee insurance benefit" ,"pension plan" including ERISA,plan,in pending personal injury [suit] in sum of insurance contract or ad damnum an annuity contract with the present value in excess of $25,000.000 (millions dollars with 20% interest from day of entry of default on the record. Until paid ; Sum is Uncertain, are applicable to each elements of special and general issues of damages to be assessed by JURY; under Fed.R.Civ.P.38(b) / 49 / 51 and relationship of 28 USC~1874.

Dated: July 11, 2006.    DEFAULT JUDGMENT by DEFAULT on NOTICE:

Signed by , Herbert McMillian ,as Pro Se for Appellant on ___11th___
July ,2006 at 179-17 Anderson Road (queens county) New York ,11434
                          x _Herbert McMillian_
                          Herbert McMillian, for Creditor /Appellant

SUBSCRIBED AND SWORN TO BEFORE ME on  11th  July 2006.
                MICHAEL E. PEARSON
_Michael Pearson_   Notary Public, State of New York
_Notary Public_     No. 01PE6134402
                    Qualified in Queens County
                    Commission Expires October 3rd, 2009

IN THE UNITED STATES DISTRICT COURT     *Civil Docket For*
DISTRICT OF DELAWARE     Case No.1-06-44(SLR).

*DECLARATION / CERTIFICATE OF SERVICE'S*
(Pursuant to 28 USC~1746).

I, **Herbert McMillian**, as pro Se for creditor / appellant, declare under penalty of perjury of the United States of America that the undersigned, certify that **original** and / or a true and correct copy of each documents as following;

1. Affidavit of Compliance with Fed.R.Civ. P.55 - Default Judgment by Default
2. **(attached)** Exhibit "A" and Exhibit "B" (declaration-certificate proof of service). with additional notice (proof of services).

together with all *attached* exhibits, were delivered by [ ] Personal Service or
[x ] sent by U.S.First Class or Certified Mail-Return Receipt or Certificate of Mailing
(in a properly address envelope with postages duly paid). [ ] other _____
before 5:00 P.M. on 11th day of July 2006 (**see**; papers attached) to parties
address below: defaulting joinder, recipients, debtors, appellees;

1. Trans World Airlines Inc.
Pachulski,Stang,Ziehl,Young,Jones,
by, Co-counsel James E.O'Neill
(list of recipients, counsels)
919 North Market Street
Wilmington, DE 19899-8705

2. TWA, Inc. Post Confirmation Estates
by, Jill M.Farmer, General Counsel
Michael J.Lichty, Plan Administrator
P.O.Box 12247
Kansas City, MO.64152
( Employee Retiree Benefits Plan).

3. American Airlines Inc.
Fictitious Name, CEO
General Counsel (unknown)
Address (Unknown)
State of USA
(Employee Retiree Benefits Plan).

4. Hartford Insurance Group
Ramani Ayer,CEO
General Counsel (unknown)
690 Asylum Ave.
Hartford, CT. 06115
(IPD / Retirement Plan Solution for TWA).

**Also**: that the **same** method of service's of the above aforesaid of **Original /** and / or true copy of each documents *(proof of service's)*. at: address(es) below:

5. Hon: Mary F.Walrath, Chief Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899
by, David Bird, Clerk
by, Appointed Trustee

6. Hon:Sue L.Robinson, Chief Judge
United States District Court
844 Kings Street
Wilmington, DE 19801
by Monica Mosley, Deputy Clerk
by Court Appointed Mediator (BGBB)

Sworn to before me on 11th
July 2006.

x *Herbert McMillian*
**Herbert McMillian, Pro Se**
for creditor / appellant
179-17 Anderson Road
St. Albans, NY 11434
(718) 723-4693.

*Michael Pearson*
*Notary Public*

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

FBEPP MCMIIIIEN
178-17 Anderson Rd
ST. Albans, NY 11434

USMS
X-RAY

Hon. Mary F. Walltath, Chief Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE. 19899

ATTN: Clerk office