

```
                                                               FILED
                                                             AUG - 2 2006
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF DELAWARE              SUE L. ROBINSON
                                                           U.S. D.STRICT JUDGE
                                                              BD scanned
```

| | |
|---|---|
| Nature in Pending Personal Injury (Suit) & ) | Chapter 11 |
| Social Security Act. & Worker's Compensation & | USBK/DE -Appeal-FRE-801 |
| Payments of Retiree Insurance Benefits & ERISA | Case No. 01-56(PJW) |
| Plan act..of Insurance "Disability" claims of | |
| **Herbert McMillian,** ( SS Claims #▮▮▮▮8692) | *Civil Docket For* |
| | **Case No.06-44-(SLR)** |
| **Creditor or Appellant** | **Demands "Jury Action"** |
| *-against-* | All Genuine Issues for Trial |
| | [ Fed.R.civ.P.38 & 49 & 51 ] |
| **Trans World Airlines,Inc.** (NYS Tax Id # 526-976) | |
| **Hartford Insurance Group.**(Case # 302FC24899) | |
| **American Airlines Inc.**(Post Retirement agreement) | |
| | |
| **Defaulting- Recipient - Estates or Appellees** | |
|  ) | |

### VERIFIED REPLY
### BY APPELLANT, HERBERT MCMILLIAN'S IN AN
### JUDICIAL INQUEST TO ASSESSED DAMAGES
### UPON A DEFAULT, A JURY TRIAL OF RIGHT
[ Fed P.Civ.P.55 analogy NY CPLR 3215 ]

Herbert McMillian, (the "Creditor or Appellant") verified REPLY, to the *Motion*; by James E.O'Neill, lead co-counsel @ PSZYJW for TWA Post Confirmation Estates(the "Estates" or Appellees") herein:

**1.** Denied knowledge or information sufficient to form a belief as to each and every **conspiratorially** hearsay allegation contained in pages 01 through 08 of the *"insufficient"*,**contemptuous** *and " frivolous* Motion (*unknown service list)* ? (Date Filed 07/21/ 2006 / #8 / Docket TexT / and ( Entered:in violation of federal stautes 18 USC~ 1001 and U.S.Court of Appeals Rule1 through15. analogy New York Penal Law 105 **and** 215:54;80. **and** Judiciary Law **90.**

**2. Appellant,** findings that the ,*maliciously,* **fraudulent** co-counsel's entirety Motion ( service list) to be ambiguously and unnecessarily contains of prejudicial matters, an *Making* ,an *Offering* , **false** assertions of written inconsistent statement is **perjuriously** filed and entered in this Court .It is completely without **merit** in **law** and *cannot* be support by a reasonable **argue** for an extension , modification or reversal of existing law. **see;** federal statute, 18 USC~ 1001, ~1341 analogy in New York , Penal Law ~175. and ~210. ( within the jurisdiction of the state where "*personal injury*" arose? ).by 28 USC~157-(5).

### Failure of Defaulting TWA ,Appellees or Estates (service list).?

**3. Appellant,** findings that TWA,Counsels for Appellees or Estates,**and** legal obligation Insurance carrier, **or** duty appointed "trustee's",each of them having **fail** or **refuse** and continuing to **fail** or **refuse** of the following:
**(i)** to make (the term" retiree benefits") mean Payment of insurance benefits to employees, in the event of "Disability" claims, under any plan ( the purchase of Insurance or Annuity Contract by the Appellees **or** Insurer. - **see;** ( *TWA ,Inc.of benefits non-contract Retirement Information Package* **&** *Management Policy* & *Procedure Manual* ) as required of the Bankruptcy Code section 11 USC~ 1114(a)(e)-1) and adopted section Title 608.1-5.
**(ii)** plan administrator, director, " trustee" ,have denied ,Payments in <u>all</u> ERISA, plan and the Pay out of annuity contract / 401K as required , under 29 USC.~ section ~ 1131 and 1132 and analogy New York State laws. CPLR,50B.
**(iii)** *refuse* to **consent** or participation in Alternative Dispute Resolution Act of all *jurisdictional* issues in controversy; as required by this COURT **Order,** with appointed MEDIATOR under **Jurisdiction,** 28 USC-652.

### Ground for withdrawal

**4. Appellant ,** DEMAND that the *incompetent* Lead co-counsels ,James O'Neill for Appellees or Estates) shall withdrawal **falsify** Motion (service list). from **Appeal. see;** Bar of Delaware Disciplinary Rule 13 and U.S. Court of Appeal in 3rd Cir. Rule 1 to 15 analogy New York Law Disciplinary Rule 2-110 **or** Judiciary Law 90. Panel / Committee's shall have the duty and power to conduct, complete investigation and prosecute an "sua sponte" Complaint to be filed by **Appellant.**.

### Judisdiction , Venue, Statute

**5. Warning:** Consequently, in view of aforesaid an foregoing, **If** TWA Lead-Co-Counsel or General Counsel for Appellees or Estates **fail** to withdrawal Motion from **appeal** within 07 days of this **notice.**and the counsels each of them shall serve and file; an answering affidavits. in this U.S. District Court , Clerk Office and mailed a certify copy of relevant documents to **appellant** address.

**6. Appellant ,reserves** his constitutional rights serve and file an Supplemental *sua sponte* Complaint ,to proper jurisdiction district U.S.ATTORNEY GENERAL, to investigate and prosecute **bankruptcy crimes;** by Title -United States Code 18 and analogy in New York ,Penal Law section 105 or **175** and 210 and federal felony in *violation* or *offense* including <u>all</u> *ERISA* plan. 29 USC~ 1131 and 1132.

**7. Appellant,** will file an GRAND JURY proceedings to hear and examine evidences concerning;federal statute and state felony *offenses* and *violations* and *misconduct* and *neglect* in Public Office. whether it criminal or otherwise-against appellees.by FJI (Title 18 section 1001 analogy by N.Y.Criminal Law section 190.

**Prayer: Relief Sought; Both Legal and Equitable Claims or Issues:**
[ Fed.R.Civ.P.38(b(c) ; 55(b)(d) ; 54(c); 81(c) ]

**Judicial Inquest,** that the **creditor** or **appellant,** *seeking* DAMAGES, upon DEFAULT as PROOF required oral testimony an signed and sworn to by TWA , plan administrator or officer or director for Appellees and the authorized Insurance carrier or duty appointed trustee's , regarding **failure** to make past or future Payments of Insurance benefit to retiree employee, **appellant** as Field Manager of Ground Services,JFK. salary grade 54 to 72 non contract employee **and** denied of his *full* ERISA plan, Pension plan and Pay out of annuity contract include 401K *in nature of "personal injury"* action "Disability claims", in sum of insurance contract or ad damnum an annuity contract with the present value in excess of $25,000.000.(million dollars) with 20% post-interest from **Date Filed:** 07/17/2006 / # 7 / **Docket TexT** AFFIDAVIT of Compliance with Fed.R.Civ.P. 55 Default JUDGMENT by Default by Herbert McMillian. Entered: 07/ 18/ 2006). **Date Filed** :07/20/2006 - **Docket TexT** CORRECTING ENTRY; all documents has been replaced (Entered:07/20/2006). Is automatic.Stay by 11 USC~362(a) (d). **and** section (11 USC~ 922 (a) enforcement of claims.    IT IS HEREBY;

**NOTICE** ,that the "DAMAGES" which the **Creditor / Appellant** in the above-captioned is entitled to recover for pending *"Personal Injury"* action, herein will be assessed by this Court, with a JURY Trial of Right.In an form sheet) Itemized Verdicts. pursuant to Fed.R.Civ.P 38(b)(c); 49; 51; analogy New York CPLR, 4111 and CPLR,50B.

**Date:** August 11 , 2006        -and-        **Time:**11:00 A.M.
**Location:** before Hon: Sue L. Robinson , Chief Judge, with a Jury
United States District Court  For District of Delaware
844 Kings Street
Wilmington , DE  19801.

Dated: July 31, 2006.

*Michael E Pearson*
*Notary Public*

**VERIFICATION:**

By: *Herbert McMillian*
**Herbert McMillian, Appellant.**
179-17 Anderson Road
St. Albans , NY  11434
(718) 723-4693

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

**Notice:**to required parties, Appellees, counsels( *unknown* service list) and Insurance Carrier and *unknown* trustee's and CC.parties in interest .
*Via:Certified Mail-Return Receipt* or other manner indicated (attached).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: TWA Post Confirmation Estate,

———————————————— X

Herbert McMillian,
        Appellant,                    Bankruptcy Case No.01-56(PJW)
                                            (Jointly Administered)

-against-

                                              Civil Docket for
Trans World Airlines Inc.et al,. and          Civil Action No. 06-44(SLR).
( *unknown* service list) and
Hartford Insurance Group,. and               **Jury Action Demanded**
American Airlines Lines,Inc.
        Appellees,

———————————————— X

State of New York )
Queens County   )**ss.**:

### AFFIDAVIT OF SERVICE OF MAILING

                                       , being duly sworn according to law, deposes and say that she or he over the age of eighteen years and a friend of **Appellant** and reside: 109-16- 215TH ST Q V 11429 not a party in the above-captioned "Jury Action Demanded" and that on the 31st day of July 2006 she or he caused a copy of the documents to be served upon the TWA, Appellees,(service list)? in the manner indicated:(attached).

**Verified Reply by Appellant, Herbert McMillian's In An Judicial Inquest to Assessed Damages Upon A Default, a Jury Trial of Right.**

                                                          x/s/ Harold F. Reeves

SWORN TO AND SUBSCRIBED
by me on this 31st day of
July, 2006.,
_____
Notary Public   MARIE LYNCH
               Notary Public, State of New York
               No. 01LY4676973
               Qualified in Queens County
               Commission Expires Sept. 30, 20 06







Herbert McMillian
179-17 Anderson Road
St.Albans ,NY 11434

Hon: Sue L. Robinson,Chief Judge
United States District Court
844 Kings Street
Wilmington,DE  19801

Attn: Clerk Office/ Monica Mosley,Deputy Clerk