IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| Nature in Pending Personal Injury [suit] and Social Security Act & Worker's Compensation & Payments of Retiree Insurance Benefits & ERISA, Plan of Insurance "Disability" claims for Employee, **Herbert McMillian**,(SS Claim# ▮▮▮-8692) | Chapter 11 USBK/DE-Appeal-801 Case No.01-56(PJW) (Jointly Administered) |
| Creditor or Appellant. | Civil Docket For Case No.06-44-(SLR) |
| -*against*- | **Jury Demand:Appellant** (All Genuine Issues for Trial) [ Fed.R.Civ.P. 38 & 49 & 51] |
| **Trans World Airlines, Inc.**(NYS Tax Id# 526-976) **Hartford Insurance Group**,(Case# 302FC24899) **American Airlines Inc.**(Agreed Post Retirement) (Service list) -Recipient-Estates-Appellees. | |

*FILED AUG 28 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE*

## APPEARANCE,
### ENTRY OF JUDGMENT BY DEFAULT

PLEASE TAKE NOTICE, **appearance** by Herbert McMillian, for Appellant or Creditor **on** 11th day of August 2006.approximate **time** 10:30 a.m. in the above Court ,"civil docket" / **Dated Filed** 08/02/2006 / **Docket** # 9 / **Docket Text** / in a **Judicial Inquest** To Assessed Damages Upon A Default ,Jury Trial of Right (attachment:Affidavit of Service List) (Herbert McMillian) (**Entered:**08/03/2006).

PLEASE TAKE FURTHER NOTICE, it **appear** from the Book and Record Kept by the Clerk and Entries Therein...*all* attorneys for appellees of record has made no **appearance** ,or to defend in a **Judicial Inquest** as required by law.

Therefore, **default** is **entered** -against- all the Appellees(*service list*) ,each of them as authorized by Federal Rule Civil P 79(a); 55.(b)(d);77 (b)(d) and **5(b)**.

Prayer ,Appellant, *seek* equitable relief, Judgment by Default - *against* - multi-defaulting appellees, each of them in the sum of Insurance contract or ad damnum an annuity contract with the present value in excess of $25,000.000.00 (million dollars) with 20% post interest in a Pending Personal Injury [suit], of the *refusal* retroactive payment to *full* retirement of "disability" claims, benefits plan and *full* future ERISA,plan. **see** section 1001 et seq.(29 USC~1131 and 1132.

Dated:August 16th ,2006        x *Herbert McMillian*
Herbert McMillian,
179- 17 Anderson Road
St. Albans , NY   11434
(718) 723-4693

IN THE UNITED STATES DISTRICT COURT     *Civil Docket For*
DISTRICT OF DELAWARE     Case No.1-06-44(SLR).

### DECLARATION / CERTIFICATE OF SERVICE'S
(Pursuant to 28 USC~1746).

I, **Herbert McMillian**, as pro Se for creditor or appellant, declare under penalty of perjury of the United States of America that the undersigned, certify that **original** and / or a true and correct copy of each documents as following;

### 1. Appearance, Entry of Judgment by Default

*with additional notice(proof of services).* together with all *attached* documents, were delivered by [ ] Personal Service or [x] sent by U.S.First Class or Certified Mail-Return Receipt or Certificate of Mailing (in a properly address envelope with postages duly paid). [ ] other _____ before 5:00 P.M. on 16th day of August 2006, in the manner indicated: address below: defaulting estates or appellees;

**1.** Trans World Airlines Inc.
Pachulski,Stang,Ziehl,Young,Jones,
by, Co-counsel James E.O'Neill
(list of recipients ,counsels)
919 North Market Street
Wilmington, DE 19899-8705

**2.** TWA, Inc. Post Confirmation Estates
by, Jill M.Farmer, General Counsel
Michael J.Lichty , Plan Administrator
P.O.Box 12247
Kansas City , MO.64152
( Employee Retiree Benefits Plan).

**3.** American Airlines Inc.
Fictitious Name, CEO
General Counsel (unknown)
Address (Unknown)
State of USA
(Agreed Post Retirement).

**4.** Hartford Insurance Group
Ramani Ayer,CEO
General Counsel (unknown)
690 Asylum Ave.
Hartford ,CT. 06115
(IPD / Retirement Plan Solution for TWA).

**Also:** that the **same** method of service's of the above aforesaid of **Original** / and / or true copy of each documents *(proof of service's).* at: address(es) Court's below:

**5.** Hon: Mary F.Walrath ,Chief Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899
by, David Bird, Clerk of the Court

**6.** Hon:Sue L.Robinson ,Chief Judge
United States District Court
844 Kings Street
Wilmington , DE 19801
by, Peter T.Dalleo, Clerk of the Court

Sworn to before me on 16th
August 2006.

x _[signature]_
**Herbert McMillian, Pro Se**
for creditor or appellant
179-17 Anderson Road
St. Albans , NY 11434
(718) 723-4693.

*[handwritten: State of New York, County of Queens, Michael Pearson, Notary Public]*

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009



Certificates of Mailing (PS Form 3817), all postmarked Jamaica, NY 11413, Aug 16, '06, $0.95:

1. Received From: Herbert McMillian, 179-17 Anderson Road, St. Albans, NY 11434
   Hon. Mary Walrath, Chief Judge, United States Bankruptcy Court, 824 Market Street, Wilmington, DE 19899, Attn: David Bird, Clerk

2. Received From: Herbert McMillian, 179-17 Anderson Road, St. Albans, NY 11434
   Pachulski, Stang, Ziehl, Young, Jones P.C., 919 North Market Street, Wilmington, DE 19899-8705, Attn: James E. O'Neill, Esq.

3. Received From: Herbert McMillian, 179-17 Anderson Road, St. Albans, NY 11434
   Ramani Ayer, CEO, Hartford Insurance Group, 690 Asylum Ave., Hartford, CT 06115 (IPD/Retirement Plan Solution/TWA)

4. Received From: Herbert McMillian, 179-17 Anderson Road, St. Albans, NY 11434
   Michael J. Lichty, Plan Administrator, TWA, Inc. Post Confirmation Estates, P.O. Box 12247, Kansas City, MO 64152 (Employee Retiree Benefits Plan).

Herbert McMillian
179-17 Anderson Road
St.Albans, NY  11434

Hon:Sue L.Robinson,Chief Judge
United States District Court
844 Kings Street
Wilmington,DE    19801

Attn: Peter T.Dalleo, Clerk of the Court