IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: TWA INC. POST CONFIRMATION ESTATE,
                       **Debtor.**

Nature of Personal Injury [suit] of "Employee   )   Chapter 11    06-44 SLR
Benefit plan and ("ERISA plan") and ("PBGC") of

**Herbert McMillian,** (SS Claim # ▓▓-8692 ).
                           **APPELLANT'S**

Case No.01-56(PJW)
(Jointly Administered)
AP-05-88-(MFW)
**Jury Action, Demands**

-*against*-

**Trans World Airlines Inc.** (NYS Tax Id# 526-976).
**Hartford Insurance Group** (Case# 302FC24899).
**American Airlines Inc.** (Agreed Post Retirement).
                       **APPELLEES'**

Hearing Date:
September 27, 2006
at: 2:00 p.m EDT

Adv.Proc. No._____

**To:** The parties identified on the attached service list.

### NOTICE OF MOTION OF APPELLANT FOR PARTIAL SUMMARY JUDGMENT AND RELIEF FROM AUTOMATIC STAY

FILED SEP 21 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

    Herbert McMillian, as Pro Se for Creditor or Appellant, has filed a Motion for Relief from previously Stay under section 362 of the Bankruptcy Code. which seeks the following relief; for Order pursuant to Rule 56 F.R.C.P. making and an express determination that there is no merit, defense and just reason for delay and an express direction for ENTRY of an FINAL JUDGMENT in favor appellant -*against*- *multiple* debtors' or appellees', each of them upon Appellant, pending personal injury [suit] action in the state of New York in Review of the "Disability Claims" in all Benefits Plan is Ordered and from all other claims, benefits that may arise regard to issues set forth in paragraphs;

    1. Appellees, each of them in the above-caption, entitled action. shall pay Retroactive *full* and *future* Payment of Insurance as "employee pension plan" or "employee benefit plan" to the Creditor or Appellant as TWA Retiree Management Employee, "Disability" Coverage. Required in section 11 USC ~-1114 (a) and in section (e), appellees or duty of **"trustee"** shall continue timely pay and not modify any "retiree pension plan" or "benefits plan" for life **and** section 608 of the second title VI of "Joint Resolution)".Pub.L.99-591(1986) as amended by the Retiree Pension or Benefits Bankruptcy Protection Act of 1988, Pub.L.No. 100-334 (1988). and

**2.** Recover full *back* payments and of *future* Employee Retirement Income Security Act (ERISA), "employee pension plan" or "employee benefit plan" and include Payout of an annuity contract / 401K and insurance contract coverage in section 29 USC~1001 et seq.and 1002 (1-3) and 1021; section 1131(Criminal penalties) et seq and section 1132 et seq.(Civil enforcement Pension Benefit Guaranty Corporation (PBGC) [F.R.C.P.8(a); 29 USC~1301 et seq. and section 1341 et seq. [18 USC~664].(Asserting Liability) as in Trans World Airlines Non-Contract Information Package-Requirement for Salaried Employee'(s)..

**3.** Appellees and Insurance carrier,and Joinder are directed to offer and to guarantee the purchase and payment of an increase in the *ad damnum* of an annuity contract with the present value in excess of 25,000.000.00(million dollars) with 20% post interest that provide for *Past* and *Future* **Damages** Payable in Lump Sum in pending Personal In Jury, simply to reflect Lost of earning; Impairment of earning ability; Pain and suffering sustained and continuing.

**4.** Judgment by Default, render for Appellant to recover the forfeiture for such amount an annuity contract as is due. If the sum is uncertain, it shall, upon request of Appellant, **damages** will be assessed by Jury Trial of Right under 28 USC~1874. or F.R.C.P.38. upon legal, equitable all claims or all issues.

HEARING ON THE MOTION WILL BE HELD ON ,Sept. 27 , 2006. at: 2:00 p.m.

Debtors or Appellees,each of them are required to file a response by Local Rule 2002 and 4001 et seq . to the attached Motion (i) before above hearing. (and supporting documents as evidence) **and** (ii) before September 26, 2006 in Re-scheduling of the **second** Mediation Conference on October 3rd, 2006 at: 1:00 p.m. In Re: USDC ,C.A.06-44(SLR) Under 28 USC~652 - **Jurisdiction** an Alternative Dispute Resolution Process of all issues in controversy.

At the same time, Appellees, Attorney of record must also serve a copy of the response, answer affidavit upon Appellant address and other parties in interest.

IF APPELLEES, EACH OF THEM FAIL, TO APPEAR TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated::September 18, 2006

*Herbert McMillian*
Herbert McMillian
Pro Se for Creditor/Appellant
179-17 Anderson Road
St.Albans, NY 11434
(718)723-4693

**TO:** Affidavit / Certificate of Service (attached) By F.R.C.P.5(b)

IN THE UNITED STATE BANKRUPTCY COURT        Case No.01-56(PJW)
DISTRICT OF DELAWARE                                       AP-05-88-(MFW)

**DECLARATION / CERTIFICATE OF SERVICE'S**
(Pursuant to 28 USC~1746).

I , **Herbert McMillian** , as pro Se for creditor or appellant , declare under penalty of perjury of the United States of America that the undersigned ,certify that **original** and / or a true and correct copy of each documents as following;

**1. Notice of Motion of Appellant for Partial Summary Judgment and Relief From Automatic Stay.**

with additional notice(proof of services). together with all *attached* documents, were delivered by [ ] Personal Service or [ ]sent by U.S.First Class or Certified Mail- Return Receipt or Certificate of Mailing (in a properly address envelope with postages duly paid). [X] other   **FAX**   before 5:00 P.M. on 19h day of September 2006, in the manner indicated: **to:** parties, names, address below: **(attached)**

*Estates or Appellees.*   Via: FAX
1. Trans World Airlines Inc.
Pachulski,Stang,Ziehl,Young,Jones,
by, Co-counsel James E.O'Neill
(list of recipients ,counsels)
919 North Market Street
Wilmington, DE 19899-8705
Tel.(302) 652-4100
Fax (302) 652-4400

2. TWA, Inc. Post Confirmation Estates
by, Jill M.Farmer, General Counsel
Michael J.Lichty , Plan Administrator
P.O.Box 12247
Kansas City , MO.64152
( Employee Retiree Benefits Plan).
Tel.(314) 322-8121
Fax (314) 965-8867

3. American Airlines Inc.
Fictitious Name, CEO
General Counsel (unknown)
Address (Unknown)
State of USA

4. Hartford Insurance Group
Ramani Ayer,CEO
General Counsel (unknown)
690 Asylum Ave.
Hartford ,CT. 06115
Tel.(860) 547-4707
Fax (860) 547-6343
(IPD / Retirement Plan Solution for TWA).

(Agreed Post Retirement).
original papers
CC; *Via:Express Mail*
5. Hon: Mary F.Walrath ,Chief Judge
United States Bankruptcy Court
824 Market Street
Wilmington, DE 19899

*Via:Certificate of Mailing*
6. Hon:Sue L.Robinson ,Chief Judge
United States District Court
844 Kings Street
Wilmington , DE 19801

**State of New York )**
**Queens County   )ss.:**
Sworn to before me on  19th
September, 2006.
_____
MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

x  *Herbert Mc Millian*
**Herbert McMillian, Pro Se**
for Creditor or Appellant
179-17 Anderson Road
St.Albans , NY 11434
(718) 723-4693

```
                    TRANSMISSION VERIFICATION REPORT

                                            TIME   : 09/19/2006 12:58
                                            NAME   : MAILZONE
                                            FAX    : 7187230569
                                            TEL    : 7187230565
                                            SER.#  : 000K5J785345


    DATE,TIME                    09/19  12:56
    FAX NO./NAME                 13026524400
    DURATION                     00:00:49
    PAGE(S)                      02
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```

```
        TRANSMISSION VERIFICATION REPORT

                                       TIME   : 09/19/2006 13:00
                                       NAME   : MAILZONE
                                       FAX    : 7187230569
                                       TEL    : 7187230565
                                       SER.#  : 000K5J785345


   DATE,TIME                  09/19  12:59
   FAX NO./NAME               13149658867
   DURATION                   00:01:04
   PAGE(S)                    02
   RESULT                     OK
   MODE                       STANDARD
                              ECM
```

```
        TRANSMISSION VERIFICATION REPORT

                                    TIME   : 09/19/2006 13:02
                                    NAME   : MAILZONE
                                    FAX    : 7187230569
                                    TEL    : 7187230565
                                    SER.#  : 000K5J785345


 DATE,TIME                    09/19  13:01
 FAX NO./NAME                 18605476343
 DURATION                     00:00:48
 PAGE(S)                      02
 RESULT                       OK
 MODE                         STANDARD
                              ECM
```