**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re: TWA POST CONFIRMATION ESTATE )   Third Circuit Court
                                     )   Docket Number.
                          Debtors.   )

---

**Herbert McMillian,**                    USBK/DE , 01-56(PJW)
[ Last 4 SS:Claims # 8692 ]               USBK/DE ,O5-88(MFW)
                          Appellant

    **V.**                                Civil Docket for
                                          Case No.06-044(SLR)
**Trans World Airlines, Inc.**            **Jury Demanded**
[ NYS Tax Id#526-976 ] and                **by Appellant**
its(service lists of recipient)

**Hartford Insurance Group,Inc,**
Case #302FC24899 ) and

**American Airlines,Inc.**
[ Agreed Post Retirement ] and fictitious
names,unknown
                          Appellees'

---

**To:** The parties Identified on the attached service list.

**NOTICE OF MOTION, FOR
LEAVE TO APPEAL AND IN FORMA PAUPERIS RELIEF**

    **NOTICE** is hereby given that upon the annexed Summary Affidavit and

Statements of Appellant ,Herbert McMillian, dated October **09**, 2006, and upon

all prior pleadings and proceedings and a books and records kept by the clerk

and entries as "civil docket" -text- names of evidentiary documents, "jury trial of

right" has been timely, properly demanded by the appellant on the folio [first file

number of the names of documents through end] heretofore had herein, and

pursuant to 28 USC -1292.. the interlocutory order entered and filed in the office

of the clerk of  the above court on 29 day of September 2006 *and* a motion will

be made pursuant to Federal Rule of Appellate Procedure Rule 5. Judgment of

District Court ,before the Hon. Sue L.Robinson ,Chief Judge to be held at the

courthouse at 844 Kings Street, Wilmington ,DE..on the **25** day of October, 2006

at 10:a.m. o' clock in the forenoon of that day, or as soon thereafter as counsel

can be heard  from the aforesaid an  **Order , controlling question of law:**

(a). **Allowing,** the Appellant leave to appeal as of rights, to the United States
Court of Appeals, for the Third Circuit  as set forth specific facts showing that
there is a genuine joinder of  legal and equitable all claims or all issues both
present, **and** all other claims that arise in regard to an Jury Trial Of Right **;**
governing provision F,R,Cv,P ,38 and Actions on an Bond under  28 USC -
section 1874; upon the request of the Appellant the Court shall render the
Judgment by Default for the appellant, the sum is uncertain, all claims shall
be assessed by a JURY as to Liability and each elements as to DAMAGES.

(b). **Granting,** leave to the Appellant to *continue*  to make that appeal as
in forma pauperis  and *also*  permitting the appellant's to prosecute the
application in forma pauperis, documents without cost pursuant to 28 U.
S.C.- sections 1915 and 2250; [D.I. 1]. as filed. **to** be assigned counsel.

(c) **Remand ,** to the Bankruptcy Court Order for Trial by Jury, dated ,
August 24 , 2001,modifying the automatic STAY and to permit prosecution
of pending  personal injury [suit] of all claims: 11 USC - 362(a), (d).

(d). **Removal,** the Appellant *,pending* Personal Injury [suit] all claims,
insurance DISABILITY benfits, pension, erisa, pbgc plans,for Review in
U.S.Court of Appeals, 2nd circuit for SDNY ) Order dated February 5, 2000.

(e). **Such,** other relief as the Court may deem just, proper legal or equitable.

**Further Notice** ,that pursuant to F.R.Cv.P **56(e)**  and 44 and **30(f)** and
**80(c).** and Fed.Evid.Rule **901** any answering affidavit of the authentication of
official record shall be served upon appellant within seven day after admitted
this Motion herein. under 28 U.S.C -,1361.

Dated: October **09** , 2006

Respectfully Submitted,
*Herbert McMillian*

Herbert McMillian,
Pro se for Appellant
179-17 Anderson Road
St. Albans , NY 11434

**United States**
**Court of Appeals , Judicial Counsel**
   **Third Circuit**
601    Market St.
Philadelphia , Pa.19106 - 1729

**Affidavit** / Declaration of Services (attached( By F.R.Cv.P. 5).

**TO:** Appellees ,Counsel , Insurer ,Joinder ,fictitious name unknown Parties in
Interest **and** 0ther

| | | |
|---|---|---|
| *Via:Certified Mail - Return*  or FAX | | *Via:Certified Mail - Return* |
| James E.O'Neill (DE Bar No.2435 | **and** | Michael J.Lichty ,Administrator |
| PACHULKI,STANG,ZIEHL,YOUNG, | | Jill M.Farmer -General Counsel |
| JONES & WEINTRAUB | | TWA Inc.Post Confirmation Estate |
| 919 North Market Street | | P.O.Box 12247 |
| Wilmington,DE   ,19899-8705 | | Kansas City,MO. 64152 |

Co-Counsel to TWA, Inc. Post Confirmation Estate / Employee Benefits
Tel.(302) 652-4100                                             Tel.(314) 322-8121
Fax (302)652-4400                                             Fax (314) 965-8867

:_____                         *Via:Certified Mail -Return* or FAX.
Chief, Administrator                        Ramani Ayer ,Chief,Administrator
General Counsel Office                   General Counsel Office
American Airlines Inc.                      Hartford Insurance Group,Inc.
(see,TWA ,Service                          690 Asylum Ave.
list of recipients).                             Hartford,,CT 06115
Agreed Post Retirement For TWA    Attn: IPD / Retirement Plan Solution
                                                          For TWA
                                                          Tel.(860) 547-4707
                                                          Fax (860) 547-6343

**Disqualify:** Bankruptcy Judge's (PJW) and (MFW) as *Witness(es*(28 USC-
sections and 455 (b)(1) (5)(ii) and F,R.Cv.P.63.
UNITED STATES BANKRUPTCY COURT
    District of Delaware
824 Market Street
Wilmington,DE 19899

**Appointed:** Trustee's)  Duty to,make Payment of benefits to retired employees.
11 USC - section 1114(a)**(e)(1)**  **and** Title VI- section 608(a)(1) through (5)
UNITED STATES TRUSTEE'S OFFICE                          For TWA
844 King Street                         Room 2313
Wilmington,Delaware, 19801

**Court's :**  Assigned Mediation Firm in (ADR) process. 28 USC  - section 652
BIFFERATO ,GENTILOTTI ,BIDEN , & BALICK
1308 Delaware Ave.
Wilmington,DE 19806

**IN THE UNITED STATES DISTRICT
DISTRICT OF DELAWARE**

Herbert McMillian,      Appellant
   vs.
Trans World Airlines, Inc. its(service list of
recipient ) and
Hartford Insurance Group, Inc, and
American Airlines, Inc. and fictitious name
Unknown,          Appellees

Civil Docket for
Case No.06-044(SLR)
'"Jury Action"

State of New York )
County of Queens )ss.

## AFFIDAVIT AND SUMMARY STATEMENT IN SUPPORT OF
## MOTION FOR LEAVE TO APPEAL, AND IN FORMA PAUPERIS
## RELIEF, AND FOR JUDGMENT BY DEFAULT

I , **Herbert McMillian,** , being duly sworn ,deposes and says:

1). I , am the Appellant as Pro Se in the above-entitled  "Jury Action."

2), I , make this affidavit in support of Appellant's application for leave to
appeal as of right , and in forma pauperis relief,and for judgment by default
as matter law, for jury trial of right to the United States Court of Appeals, for
the Third Circuit from the instant interlocutory , **questionable**  order entered
and filed in the office of the clerk of this court on 29 day of September , 2006.
under 28 U.S.C. section 1292 **and** Federal Rule of Appellate Procedure Rule
5. A copy of this Court order is attached as **Exhibit A.**

3), I , have read the Motion filed in this action and knows the contents of it,
and that it true of my own knowledge.

*The statements made herein are upon information and belief, unless other-
wise stated.*

4). **After appellant review,** this Court  order, dated September 29 ,2006 he
find it to be ambig*uous, artbitrary,*and he  denies each and every allegation of
assertions contained in paragraph 2 and 3 and 5 entirety;  as regarding to the
*abusive* , **prejudicial** bankruptcy court order dated November  22 , 2005.
( Governing provision F,R,Cv,P.63 and 28 USC - 144 and 455 et seq**),**

5). **Appellant** , proper and timely served NOTICE OF ENTRY on the counsels,
Appellees, within true copy of that bankruptcy court *questionable*  order dated
November 22 ,2005 and Docket No.5616 . **)** A copy of Appellant ,Notice of

Entry and proof of service is (attached) as **Exhibits B.and C.**
**( see;** Rule of the Judicial Counsel of the 3rd Circuit of the United States. Rule
-13 and Rule 15.

**6). Appellant demands,** that Lead co-counsel ,James E..O'Neill for TWA, Post
Confirmation Estate, et al. to withdrawal his entirety false conspiring ; perjuring
documents **[** D. I. 8] filed in this Court. **see;** Rules of Attorney Disciplinary of the
the U.S.Court of Appeal , 3rd Circuit. and Rules of Judicial Counsel.

**7). There** is now due by all the Appellees to the Appellant as to liability;
as to damages, by a jury ,set forth in the motion the sum in the *ad damnum* of
action bond of an annuity contract with present value in excess of $25, 000.000.
00 (millions dollars). Under 28 USC -1874 **and** F.R.Cv.P.38. of all claims.

**8). Appellees** , has been **defaulted** for failure to appear, respond, otherwise
to defend and include to *consent* to mediation (ADR) process in this JURY TRIAL
OF RIGHT.

**9). Appellees'** is not an infant or incompetent person and not in the military
service, appears from the attached affidavit.

**Warning in consequence of Separate Trial 's** Appellant reserves the
rights to file the following to proper jurisdictional ,U.S.District Court's and the
District - Prosecuting -Attorney- General and to regulatory Agencys';;

(a) Civil Complaint for Damages -Jury Demand -in Forma Pauperis of the
pending personal injury[suit] for all claims, insurance disability benefits,**and**
erisa plans, pbgc as in TWA,plan. for non-contract employee, as authorized
to enforce rights , **see** 29 USC -sections 1001, et seq. **and** F.R.C.P. 8(a)
and 29 USC- section 1131 and 1132 under Employee Retirement Income
Security Act. and Suit for Benefits under Separation Payment Policy.

(b) Criminal Complaint, for prosecution - Grand Jury of serious [bankruptcy]
crimes ,felony ,"violations of stay", in banruptcy court and violation of erisa,
and joined offenses, violations. under title 18 U.S.C.- section 1001et seq.

(c) Formal Complaint , to proper Lawyers Advisory Committee,Investigation and
report of allegation of the misconduct by attorney of record in the above-caption
jury action, for Disciplinary sanctions, assessment under 28 USC - 1927. **and**
in re. to proper jurisdiction Court of Appeals -Judicial Counsel's Rules.

### PRAYER FOR RELIEF

WHEREFORE, the appellant prays for the following relief:

**1).** Appellant demands Judgment by Default , for Jury Trial of Right-against-
multiple Appellees for the sum in the *ad damum* of action bond of an annuity

contract with the present value in excess of $25,000.000.00.(millions dollars) plus 20% post interest, plus costs of this personal injury [suit] under all "benefit plans", "erisa plan", "pension plan", and "401K plan" and "sub plan'; and TWA "pbgc plan" Under 28 USC - 1874 and F.R.Cv.P.62.

2). Compensatory damages -against- all the Appellees. by a Jury

3). Punitive damages -against- all the Appellees. by a Jury

4). For such other relief as this Court deem ,legal or equitable or just. by a Jury. On the basis of the attached: Affidavit.

Subscribed and sworn to before me this
/// day of October 2006.

x _Herbert Mc Millian_

Herbert McMillian , Pro Se
179-17 Anderson Road
St. Albans , NY  11434
(718) 723-4693

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRANS WORLD AIRLINES, INC.,<br>et al.,<br><br>    Debtors. | )<br>) Chapter 11<br>)<br>) Bk. No. 01-0056(PJW)<br>) Jointly Administered<br>) |
| HERBERT MCMILLIAN,<br><br>    Appellant,<br><br>    v.<br><br>TWA POST CONFIRMATION ESTATE<br>and HARTFORD INSURANCE GROUP,<br><br>    Appellees, | )<br>)<br>)<br>)<br>) Civ. No. 06-044-SLR<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 29th day of September, 2006, having
reviewed the appeal filed by Herbert McMillian and the papers
filed in connection therewith;

IT IS ORDERED that appellees' motion to dismiss the appeal
(D.I 8) is granted and the appeal is dismiss, for the reasons
that follow.

1. **Standard of review.** This court has jurisdiction to
hear an appeal from the bankruptcy court pursuant to 28 U.S.C. §
158(a). In undertaking a review of the issues on appeal, the
court applies a clearly erroneous standard to the bankruptcy

Exhibit - A

court's findings of fact and a plenary standard to that court's legal conclusions.  See Am. Flint Glass Workers Union v. Anchor Resolution Corp., 197 F.3d 76, 80 (3d Cir. 1999).  With mixed questions of law and fact, the court must accept the bankruptcy court's "finding of historical or narrative facts unless clearly erroneous, but exercise[s] 'plenary review of the [bankruptcy] court's choice and interpretation of legal precepts and its application of those precepts to the historical facts.'"  Mellon Bank, N.A. v. Metro Communications, Inc., 945 F.2d 635, 642 (3d Cir. 1991) (citing Universal Minerals, Inc. v. C.A. Hughes & Co., 669 F.2d 98, 101-02 (3d Cir. 1981)).  The district court's appellate responsibilities are further informed by the directive of the United States Court of Appeals for the Third Circuit, which effectively reviews on a de novo basis bankruptcy court opinions.  In re Hechinger, 298 F.3d 219, 224 (3d Cir. 2002); In re Telegroup, 281 F.3d 133, 136 (3d Cir. 2002).

2.  **Question presented.**  Does this court have jurisdiction to hear the appeal, where appellant failed to timely file a notice of appeal?

3.  **Background facts.**  By order dated November 22, 2005, the bankruptcy court concluded that it lacked jurisdiction over "the disability claims of Mr. McMillian or the allegations of criminal misconduct he has made as a result of 28 U.S.C. § 157." Appellant filed a notice of appeal dated December 16, 2005, which

2

was filed in the bankruptcy court on December 20, 2005.

4.    **Analysis.**  Bankruptcy Rule 8002(a) states, "The notice
of appeal shall be filed with the clerk within 10 days of the
date of the entry of the judgment, order, or decree appealed
from."  The United States Court of Appeals for the Third Circuit
has held that "[t]he failure to file a timely notice of appeal
creates a jurisdictional defect barring appellate review."
Shareholders v. Sound Radio, Inc., 109 F.3d 873, 879 (3d Cir.
1997).

5.    The November 22, 2005 order was signed and docketed on
November 22, 2005.  In order to be timely filed, appellant's
notice of appeal had to be filed no later than December 6, 2005
(giving appellant the benefit of counting only 10 weekdays).
Even if the court considers the December 16, 2005 date printed on
appellant's notice of appeal, this court lacks appellate
jurisdiction based on appellant's untimely filing.[1]

6.    Even if the court were to consider the merits of the
appeal, the bankruptcy court committed no error in concluding
that its order dated August 24, 2001, modifying the automatic
stay of 11 U.S.C. § 362 to allow appellant to pursue his claims
for disability insurance benefits in previously filed litigation,
divested the bankruptcy court of further jurisdiction over any

---

[1]The court further notes that appellant did not timely file
the statement of issues or the designation of the record, as
required under Bankruptcy Rule 8006.

3

matters relating to such claims.

United States District Judge

4

*APPEAL  AS RIGHTS to* **Appeals** *28 USC ~ 158.*
=========NOTICE OF ENTRY=================

PLEASE take notice that the within is a (*questionable*)
true copy of a ? ORDER / Docket No.5616.  duty filed
and entered in the office of the Clerk of the within name
Court on November 22, 2005.
**(see; Bkrtucy P. 8001(a) (b) 9022.**

Dated: December 1st, 2005

by Undersigned , Pro Se ,Creditor's
   Herbert McMillian
==========================================
**Service of the Appeal ( by ; Bkrtcy P. 8004).**

**Stay of Appeal: of surety BOND (by; Bkrtcy P 8005).**

**To: Debtors et al.**

| **Via: Certified Mail -Receipt** | **Via: Certified Mail - Receipt** |
|---|---|
| Trans World Airlines Inc. et.al | Hartford Insurance Group,et al. |
| Michael J.Lichty, Esq. CEO | Ramani Ayer, CEO |
| Pachulski,Stang,Ziehl,Young, | Attorney's -in-Facts of Record |
| Jones,Weintraub,PC | 690 Asylum Ave. |
| 919 North Market Street | Hartford, CT 06115 |
| Wilmington ,DE. 19899 | **Attn:IPD/Retirement Plan Solutions** |
| Attn: **Incompetent / witness,** | For TWA ,**Debtors** |
| *James E.O' Neill ,Esq. and | |
| ( TWA Service Lists, **Co- Debtors)** | |

**Creditor's DEMAND; Answering affidavit; record to be filed; DEFAULT .**
to compel officer,**debtors** / by 28-1361 & court to issues **writs-** 28 USC 1651.
as required by laws.

**Dated: December 𝒶 2005**

Sworn to before me on                              by _____
~~day of November ,2005~~                     **Deponent ,Herbert Mc Millian,Pro Se**
State of New York)                                   179-17 Anderson Road
County of Queens) ss.                            St.Albans , NY 11434
Sworn to and subscribed before me this      (718) 723-4693
___ day of _____ 200;                      YVETT**Creditor's**
                                                             NOTARY PUBLIC, State of New York
                                                             No. 01ST5091762
                                                             Qualified in Queens County
                                                             Commission Expires July 7, 200_7

*Personal Injures 28 USC~ 157(b)(5) **CLAIMS**,arose in U.S.District Court, (SDNY).is Pending.

*Exhibit B*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

UNIT ID: 0213
Postmark Here
Clerk: KT9T3H
12/02/05

Sent To: Counsel Office, CEO
Bchulski, et al.
Street, Apt. No.: 919 North Market St
or PO Box No.
City, State, ZIP+4: Wilmington, DE 19899-8705

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

UNIT ID: 0213
Postmark
Clerk: KT9T3H
12/02/05
CEO
GroupPet'a

Sent To: Counsel Office
Hart Ford Insurance
Street, Apt. No.: 690 Asylum Ave
or PO Box No.
City, State, ZIP+4: Hartford, CT 06115

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0002 5259 4563

---

**U.S. POSTAL SERVICE    CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St. Albans, NY 11434

One piece of ordinary mail addressed to:
United States Trustee Office
844 King St.    Room 2313
Wilmington, DE 19899
Att'n: Truste-in-Charge Investigation

PS Form 3817, January 2001

U.S. POSTAGE PAID
SPRINGFIELD GAR, NY
3 DEC 03 '05
AMOUNT
$0.90
0004-5764-04

UNITED STATES POSTAL SERVICE

---

PS Form 3817, January 2001

Wilmington, DE 19899
Street
844 Market
United States Bankruptcy Court
Clerk office: Court Room 2 (3w)

One piece of ordinary mail addressed to:
St. Albans, NY 11434
179-17 Anderson Rd.
Herbert McMillian
Received From:

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

U.S. POSTAL SERVICE    CERTIFICATE OF MAILING

U.S. POSTAGE PAID
SPRINGFIELD GAR, NY
DEC
$0.90
0004-5764-04

**U.S. POSTAL SERVICE**

**CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE-POSTMASTER

Received From:
Herbert McMillian
179-17 Anderson Rd.
St Albans, NY 11434

One piece of ordinary mail addressed to:
Clerk office: Court Room 5(3w)
United States Bankruptcy Court
Wilmington, DE 19899

PS Form 3817, January 2001

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERBERT MC MILLIAN
179-17 ANderSON Rd.
ST. ALBANS, NY 11434

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Pai
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HERBERT MC MILLIAN
179-17 ANderSON Rd.
ST. ALBANS, NY 11434

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**CERTIFIED MAIL**

1. Article Addressed to:

COUNSEL - OFFICES
Pachulski, Stang, Ziehl,
Jones, Weintraub, P.C.
919 North Market Street
Wilmington, DE. 19899-8705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
S. Roberson                        RODNEY

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 0750 0002 6525 9550

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**CERTIFIED MAIL**

1. Article Addressed to:

COUNSEL - OFFICES
Hartford Insurance Group
690 Asylum Ave.
Hartford, CT 06115
Attn: IPD-Retirement Plan
Solutions for TWA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Daleoff Goldstein  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 0750 0002 6525 9543

PS Form 3811, August 2001    Domestic Return Receipt    2ACP95-03-P-4l

**Article Number**
(Transfer from service label)

**2ACP95-03-P-4l**

*IN THE UNITED STATES DISTRICT COURT*
*DISTRICT OF DELAWARE*

Civil Docket for
Case No.06-044(SLR)
"Jury Action"

Herbert McMillian ,         Appellant
vs
Trans World Airlines, Inc.its (services list of
recipient) and
Hartford Insurance Group,Inc, and
American Airlines Inc. and "fictitious names
unknown" ,         Appellees'

State of New York )
County of Queens ) ss.

## AFFIDAVIT / CERTIFICATE OF SERVICE

I, DEIDRE BATINE                  being duly sworn according to law,
deposes and say that [s]he over the age of eighteen years and a friend of
**appellant and I reside:** 179-17 ANDERSON RD ST. ALBANS, N.Y. 11434
not a party in the above - caption case - "Jury Action" and that on the **11** day
of October 2006 [s]he caused a true copy of the **original** evidentiary
documents to be served as following;

**(1). Notice of Motion,for Leave to Appeal and In Pauperis Relief**
**(2). Affidavit and Summary Statement in Support**
**(3). Exhibits**

upon the counsel's of record for **appellees** *TWA* (service list of recipient) **?** and
**insurer** and **joinder,** fictitious name unknown, parties in interest and *other* in the
**manner** indicated: **(attached).**

[x ] U.S. Mail - by - Certified Mail - Return Receipt  or  [x ] Certificate of Mailing
[ ] Personal Service                    [x ] Fax                  [ ] other

SWORN TO AND SUBSCRIBED     x _Deidre Batine_
by me on this     11th     day of
October , 2006

_Michael E Pearson_

**MICHAEL E. PEARSON**
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

To: James, o'Neill.
Pachuski, stang, Ziehl. Young.
2nd Jones
919 North market st. street
Wilmington, DE. 19899