## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* TWA POST CONFIRMATION ESTATE ) | Chapter 11 |
| ) | Bk. No. 01-56(PJW) |
| Debtors. ) | Jointly Administered |
| _____ ) | Bk. No. 05-88(MFW) |
| In a Personal Injury of all claims of "disability"; ) | |
| benefits plans, *full* ERISA, and PBGC ; plan of ) | |
| **Herbert McMillian**, (Last 4 SS:Claims # 8692 ) | |
| ) | |
| Creditor / Appellant ) | Civil Docket For |
| ) | Case No.06-44-(SLR) |
| VS. ) | |
| ) | **Jury Demanded - Appellant** |
| **Trans World Airlines, Inc.** (NYS Tax Id#526-976) | All Issues or All Claims |
| (its service list of **recipient**) parties in interest ) | |
| ) | An action against a natural persou |
| **Hartford Insurance Group** (Case #302FC24899 ) | based upon non-payment of a |
| ) | contractual obligation. |
| defaulting   Debtors / Appellees ) | |
| _____ ) | |

FILED 2006 OCT 25 AM 9:33 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, **appearance** by Herbert McMillian, for Creditor or Appellant **On** 25th day of October 2006. **Time** 10:00 a.m. In the above- entitled "Jury Action" upon the motion for leave to appeal and in forma pauperis and affidavit and summary statement in support, and in forma pauperis relief and for default judgment by default **filed** October 12, 2006 in this Court, by the the appellant, with proof of an Affidavit / certificate of service thereof is (attached).

PLEASE TAKE FURTHER NOTICE, **all** of **defaulting** appellees or counsel of record did not appear or answer otherwise defend in a jury trial of right hearing as required by Rule **55(b)(2)**.and F.R.Cv.P **38** of all issues and all claims. Therefore, IT IS,

ADJUDGED that creditor or appellant have default judgment by default -against- all of defaulting debtors or appellees, each of them for: (i) Damages in the sum of in the *ad damum* of an annuity contract with present value in excess of $25,000.000.00 (million dollars) <u>all</u> claims (ii) Prejudgment interest 20% on those damages of $5,000.000.00. (iii) Costs of this "Jury Action" and that the creditor or appellant, have execution therefor.

Dated: October 25th, 2006          *[signature]* Herbert McMillian

Herbert McMillian, for Creditor or Appellant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were caused to be served this 11th day of October, 2006 upon the following in the manner indicated:

**(1). Notice of Motion, for Leave to Appeal and In Pauperis Relief**
**(2). Affidavit and Summary Statements in Support**
**(3). Exhibits**

**BY: [x] U.S.MAIL    [x] FAX    [ ] HAND    [ ] OTHER_____ :**

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl,
Young & Jones            and see; TWA, Inc. (services lists of Recipients).
919 North Market Street
Wilmington, DE 19899
**Co-Counsel** for TWA, Inc, Post Confirmation Estates or Appellees.

### AND

General Counsel
Hartford Insurance Group
690 Asylum Ave.
Hartford, CT 06115

### AND

Fictitious names, unknown and Parties In Interest / Debtor / Appellees **and Other** (attached).

**Dated:** October 25th, 2006

*[signature: Herbert McMillian]*

**Herbert McMillian**
Pro Se, Appellant
179-17 Anderson Road
St. Albans, NY 11434
(718) 723-4693