UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | BK/DE , No.01-56(PJW) |
| *TWA POST CONFIRMATION ESTATE,* | ) | (Jointly Administered) |
| | ) | BK/DE, No. 05-88(MFW) - *APPEAL ?* |
| Debtors | ) | |
| | | |
| Herbert McMillian | ) | **APPLICATION TO PROCEED** |
| Creditor / Appellant | ) | **IN FORMA PAUPERIS RELIEF** |
| V. | ) | |
| Trans World Airlines,et al,. and | ) | CASE NUMBER: 06-044(SLR) |
| (service list of recipient.and counsels) | ) | **THIRD CIR. NO: 06-4450** |
| | ) | |
| Hartford Insurance Group. Inc. | ) | **JURY DEMAND - APPELLANT** |
| *Defaulting* Debtors / Appellees | ) | |
| | ) | Jurisdiction Federal Question. |

I , **Herbert McMillian** , declare that I am the Creditor or Appellant.

**Appellant,** issues or claims when legal and equitable,both present to a **Jury** for resolution; [F.R.Cv.P.38 and Jury Instruction Rule 51] and relationship under action on bond [28 USC ~1874].and in **Prosecution** *"Administrator"* for *"embezzling"* the non-contract employee's,"benefit plan","pension plan",or under "erisa plan", "pgbc plan" , " insurance annuity plan / 401K "any joined "sub plan" regarding *on the job pending personal injury [suit] "Disability"claim*;. are **questions** for **Jury** Instruction [11 USC~1114(a)(e) ] and related [ 29 USC~1001-2 et seq. and 29 USC~1131 and 1132. and

In the above-entitled proceeding of RIGHT TO JURY TRIAL; Seventh Amendment; and in support of my request to proceed without prepayment of fees or costs and affidavit under 28 USC~1915 and 2250,  I declare that I unable to pay the costs or fees of these proceedings and that I am entitled to relief sought; in the *prior* MOTION  for Leave to Appeal and for Leave to PROSECUTE in forma pauperis relief, was **filed:** 10/12/06 and **entered** 10/13/06 ,with *"Certificate of Service"* and Notice of Docketing Record on Appeal from USCA,3rd cir Entered: 10-23-06. *"Notice of Appearance"* **Filed**  on 10-25-**06.** by appellant in USDC and Thereafter **appellant** request to be furished a copy of the *entirety* TRANSCRIPT by the Court Reporter of  This **Trial**  Court and by **Jury** of Right, without fees or costs.  and

In support of this Application In Forma Pauperis Relief, appellant, answer the following **questions** under penalty of perjury:

1. Are you currently incarcerated?          No
2. Are you currently employed ?             No

FILED
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**(b)** date of your last employment, 8 / 30 /1979 , the amount of your take-home salary or wages and pay period approx.$500.00 plus dollars weekly and the name and address of your last employer, Trans World Airlines Inc. at. JFK Airport (Ramp) in regarding to on the job **personal injury** on date of 8 /30 / 79.

**3.** In the past 12 twelve months have you received any money from any of the following sources?
    (a) Only source:   Social Security Act.       Yes
    (b) other sources:                     None

Describe of source of money and state the amount received AND what you expect will continue to receive. Social Security Check of $901.00 Monthly.

**4.** Do you any cash or checking account?         Yes )  of direct checking deposit, state the total amount 901.00         by Monthly from social security act.

**5.** Do you own any real estate, stocks,bond,securities,other financial instruments, automobiles or other valuable property?    No

**6.** List the persons who are dependent on you for support,state your relationship to each person and how much you contribute to their support?

    <u>Dependent</u>        <u>Age</u>        <u>Relationship</u>
Arielle McMillian , DOB -4-25-1990  - I,am the Father  and contribute of approx. Amount $500.00 plus Monthly under the Social Security Act.

    WHEREFORE , I, appellant respectfully request that an Order of this Court be Granted permitting appellant to appeal in Forma Pauperis and directing that appellant be furnished a true and correct copy of  the *entirety* **Transcript** by the Court Reporter of this Trial Court , by Jury of Right in the above - entitled - action without fees or costs, that appellant be **not** required to pay any fees or costs to print the Records or Briefs of Appeal, and Therefore the action to be referral to the **U.S. Attorney General** to **Prosecute**  the appellant **Appeal.** and hereafter **Trustee's** duty,shall timely **make** benefits payments and shall not modify any retiree benefits [USC~1114(a)(e)(1) - Title VI section 608 et seq.].

**TRANSCRIPT PURCHASE ORDER FORM:** copy 6 sent to District Court.). **and** copy 7 sent to Appellee(s) it (service list) and Insurance Carrier **and** other *witness(es)* Person In Interest and court, tribunal, body or officer, mediator and "trustee's;[regulatory] agency's.

    **Separate Trial's:** Appellant's reserves the rights to file the following to proper jurisdictional,U.S.District Court's and to the U.S.Attorney  General Office/DC. and to the proper regulatory Agency's. **- amend -** (a) Civil Complaint or Criminal Complaint and ( b ) Complaint, to Disciplinary Committee. (c) GRAND JURY, Investigations.

I, declare under penalty of perjury that the above information is true and correct. (28 U.S.C.~ 1746) **and** 18 U.S.C. 1621. and

*NOTICE,* that pursuant to F.R.Cv.R.~ **11**  / 56(e) any **answering affirmation or affidavit** shall served upon Appellant at least seven (7) days of the within is hereby admitted paper(s) herein. and

*Appellant,* will provide any **question** of evidentiary documents on written request **only.**

Dated: October 31 , 2006

SUBMISSION ON NOTICE

*signature: Herbert McMillian*

**Herbert McMillian** - Appellant
179-17 Anderson Road
St.Albans ,NY 11434
(718) 723-4693

*State of New York )*
*County of Queens ) ss:.*
SWORN TO AND SUBSCRIBED
By me on this 31st day of
October 2006

*signature: Michael Pearson*

x *signature: Herbert McMillian*

**Herbert McMillian** - Appellant

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

**Hon: Sue L. Robinson ,Chief Judge**
**United States District Court**
  **District of Delaware**
844 King Street
Wilmington ,DE  19899 **and**

Peter T.Dalleo, Chief Clerk

Attn: Jury Administrator

**Hon: Anthony J. Scirica , Chief Judge**    / In re: Docket No.06-4450
**United States Court Appeals**
**Third Circuit**            **Judicial Counsel**  ) *Rule  2 and 13.*
601 Market Street            **Disciplinary Committee** ) *Rule 2 or 3 or 7 or 13*
Philadelphia, Pa.  19106 - 1729

Marcia M. Waldron , Chief Clerk. /  by Anthony W. Infante ,Case Manager

Attn: Committee on Model Civil Jury Instruction.

**To:** The parties identified on the CERTIFICATE OF SERVICE, under F.R.Cv.P 5.






U.S. POSTAGE PAID JAMAICA, NY 11413 OCT 31, 06 AMOUNT $4.88 00027505-01

CERTIFIED MAIL

7002 0510 0000 8861 1036

United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Attn: Hon: Sue L. Robinson, Chief Judge

Herbert McMillian
179-17 Anderson Road
St. Albans, NY 11434