## TRANSCRIPT PURCHASE ORDER

District Court *of* United States For District of Delaware

| | |
|---|---|
| Court of Appeals Docket No. | 06-4450 |
| District Court Docket No. | 06-044-SLR |

Short Case Title _McMillian vs TWA, et al + His + Person in Interest_

Date Notice of Appeal Filed by Clerk of District Court _10-13-2006_

**PART I.** (To be completed by party responsible for ordering transcript)  NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A.  Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

☐ None     ☐ Unnecessary for appeal purposes.
☐ Already on file in the D.C. Clerk's office.
☑ This is to order a transcript of the proceedings heard on the date listed below from _____
(Name of Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_Witness: TWA Plan Administrator, Trustee's_
_His Director's or Administrator_

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests, otherwise, this material will *NOT* be included in trial transcripts.

Voir dire ☑;   Opening statement of plaintiff ☑   defendant ☐
Closing argument of plaintiff ☑     defendant ☑
Jury instructions ☑     Sentencing Hearings ☑

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR
FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT
ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**FILED**
**NOV - 2 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

B.  This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.     The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☑ Motion for transcript has been submitted to DC Judge _- by: 28 USC - 1915 +2250_
☐ Private Funds

Signature _Defendant Mr. McMillian_     Date _10-31-2006_

Print Name _HERBERT Mc MILLIAN_     Counsel for _Appellant_

Address _174-17 Anderson Road_ _____ _11434_     Telephone _(718) 723-4623_
_St. Albans, NY_

---

**PART II.**     COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |
| | | |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

---

**PART III.**     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ _____ Actual Number of Pages          _____ _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

3CA (12/93)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing documents were caused to be served this 31 day of October, 2006 and upon the following parties in the manner indicated:

**(1).** *Supplemental,* Application to Proceed In Forma Pauperis Relief.
**(2). Transcript Purchase Order**
**(3).** *Currently,* **Filed** Notice of Appearance on 10-25-06 in the USDC/DE

BY: [x] U.S.MAIL or  [ x] FAX    [} HAND      [ }    OTHER        :

### *APPELLEE(S)*

James E.O'Neill, III , Esq. ,Lead  co - Counsel of Record
Pachulski,Stang,Ziehl,
Young & Jones          and TWA, Inc. (services lists of Recipients ,Counsels).
919 North Market Street
Wilmington, DE 19899
**Fax** (302) 652-4400                    Jill M. Farmer, General Counsel
**Fax** (314) 965-8867                    Attn: Michael J.Lichty ,Administrator
**Counsel's**  for TWA,Inc, Post Confirmation Estates or Appellees.

### AND by U.S. MAIL or FAX

General Counsel                  Attn: Ramani Ayer, CEO
Hartford Insurance Group
690 Asylum Ave.
Hartford , CT  06115
**Fax** (860) 547-6343          Appellees

### AND  by U.S. MAIL or HAND

**Other** *witness(es)* Persons In Interest and Court's,tribunal,body or officer and mediator (adr) and/or *"trustee's"*; [regulatory agency[(s) (attached).

**Dated:** October  31  , 2006

*[signature: Herbert McMillian]*

**Herbert McMillian**
Pro Se , Appellant
179-17 Anderson Road
St. Albans , NY  11434
(718) 723-4693