FPS-089                                                                                           DATE: December 1, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 06-4450

In Re: Trans World
(Delaware D.C. Civil No. 06-cv-00044)

To:    Clerk

1)    Motion by Appellant for leave to appeal in forma pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).

A True Copy:

Marcia M. Waldron, Clerk

Dated: 4 December 2006
       AWI/CC: HM
              JEO

For the Court,

/s/Marcia M. Waldron
Clerk