IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re: TWA INC. POST CONFIRMATION ESTATE,
            Debtors.

06CV044 SLR
FILED
DEC 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *Nature of Pending Personal Injury Suits of Claimed of "Disability" ; Employees Benefit Plan ; "ERISA plan" and "PBGC plan "of* | Chapter 11 |
| | Case No. 01-56(~~PJW~~) |
| | (Jointly Administered) |
| **Herbert McMillian,** *(last four SS#: 8692).* | Appeal No.-05-88 (MFW)? |
| | **"Jury Action" Demanded** |
| APPELLANT | |
| | DC-Docket No. 06-044(SLR) ✓ |
| *-against-* | |
| | CC- Docket No. 06-4450 |
| **Trans World Airlines,Inc.** (NYS Tax Id#526976). *and (Service List of Recipient).* | Hearing Date: December 07, 2006 at 9:30 a.m. |
| **Hartford Insurance Group Inc.** *(Case #302FC24899).* | Response to Docket No.5744 |
| APPELLEES | Adv. Proc.No. _____ |

To: The parties Identified on the (attached) Certificate of Service List.

### AMENDED NOTICE OF MOTION RE: JUDGMENT BY DEFAULT
### UPON CLERK'S REFUSAL TO ENTER DEFAULT

The Appellant, move this Court to Entry Judgment by Default in the **appellant's** favor -against- the *multiple defaulting* **appellees**,and insurance carrier, each of them in this above-caption entitled "Jury actions on bond", **after** they *willful* failure offer and purchase and guarantee to make **payment of insurance benefits to retiree employee's** ('McMillian") under 11 USC~1114(a)(e). as to justifies an increase in the *ad damnum* *clause* of an insurance annuity contract, and post it as security present value in excess of $25,000.000.00 (million dollars) together with accrued post interest at the rate of 20% percent from *date* of ENTRY OF JUDGMENT BY DEFAULT until paid, and the costs of

this entitled "jury action on bond", the ground that DEFAULT should have been entered by the Clerk's but was not *duly* entered -against- the *mulitiple defaulting* Appellees', and insurance carrier, or each of them for *willful* failure to appear or answer or defend **and** result of prior " *Violation of Stay"/ Offenses* of 11 USCS ~ 362 (a) (d) as to the *Proof of Official Records , Kept by the Clerk and Entries Therein*, under Fed.R.Civ.P. 44 and 79. and Fed. R. Evid. 902. and **Reset for Inquest by Jury** both Legal and Equitable Claims or Issues, *including future damages* in *pending* Personal Injury [suit], simply to reflect pain and suffering , loss and impairment of earning **sustained** and continuing, for triable of right by a Jury for resolution within the prescribed by the Fed. R. Civ. P. **38** and 28 USC~ 1874 as required by Rule 5(b). and **A NOTICE OF;**

CONTINUED MATTER AND UNCONTESTED CLAIMS GOING FORWARD:

Related Document:

(a). Notice of Motion of Appellant, for Partial Summary Judgment and Relief from Automatic Stay, with (attached) proof of Certificate of Service (Filed September 20, 2006 at: 11: 20 a.m. and was Not on Court 's Docket or given a Docket Number.?.

(b). **Appearance**, by Herbert McMillian ,as Appellant ,*appear* at scheduled Hearing on September 27 ,2006 at 2:00 p.m. and (to be "surprise to the Court's directive, Hearing was cancelled without notice").
**Witness:** by George Wylesol, as Chief Deputy Clerk of the above Court.

Objections / Responses: None to Date, by, Appellees, or insurance carrier, **each** of them.

Status: with respect to all claims or all issues, *including Damages,* triable of right by a Jury Demanded by Appellant is being continued to **December 07th ,2006 at: 9:30 a.m..**

**Dated:** November 29th ,   2006
Appellant have execution therefore,

x *Herbert McMillian*
Herbert McMillian, Pro Se of Record
179-17 Anderson Road
St. Albans, NY 11434

TO: Certificate of Service (attached).

| | |
|---|---|
| James E. O,Neill, of Record  (Bar # 4042) | **and**  Jill M. Farmer, as General Counsel |
| Pachulski, Stang,Ziehl,Young, Jones,P.C. | Michael J. Lichty, Plan Administrator |
| 919 North Market Street | **and**  (service list of recipients /counsel's) |
| Wilmington, Delaware, 19899-8705 | |
| TWA,Confirmation Estate | Appellees.     **and** |

| | |
|---|---|
| General Counsel;     **and** | Attn:  Ramani Ayer , CEO |
| Hartford Insurance Group,Inc. | ( IPD Retirement Plan Solution for TWA). |
| 690 Asylum Ave. | |
| Hartford , CT  06115 | Appellee's     **and** |

**Appointed:** United States Trustee's,  for TWA, Inc.

**David Bird,** as Chief Clerk, of U.S. Bankruptcy Court, District of  Delaware
824 Market Street
Wilmington , DE  19899

**Witness(es):** Hon. **Peter J. Walsh** , assigned Judge of Record **and**
         Hon: **Mary F. Walrath,** Chief Judge

CC: United States District Court,  Hon: **Sue L. Robinson,** Chief Judge
     844 King Street                "Jury's Action demanded"
     Wilmington, DE  19801

United States Court of Appeals, Hon: **Anthony  Scirica,** Chief Judge
                  Judicial Counsel  - Investigation's

**Other:** *Witness(es)* Persons in Interest and Court's, Judge's, Officers and Employees and "Trustee's and U.S. Attorney's. Under 28 USC~ 601 to 658 and 711 to 751. of Judicial Code.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing documents;

(1). **Amended** Notice of Motion Re: Judgment by Default
       Upon Clerk's Refusal to Enter Default

were caused to be served this 29th day of November, 2006 and upon the following parties in the manner indicated: (as required by Fed.R.Civ. P.5(b).

**BY: [x] U.S.MAIL or [x] FAX    [ ] HAND and [ ]    OTHER           :**

**_APPELLEE(S)_**
James E.O'Neill, III , Esq. ,Lead co - Counsel of Record
Pachulski,Stang,Ziehl,
Young & Jones        and TWA, Inc. (services lists of Recipients ,Counsels).
919 North Market Street        (employees benefits plan)
Wilmington, DE 19899
**Fax** (302) 652-4400        Jill M. Farmer, General Counsel
**Fax** (314) 965-8867        Attn: Michael J.Lichty ,Administrator
**Counsel's** for TWA,Inc, Post Confirmation Estates or Appellees.

      **AND**

General Counsel        **and**        Attn: Ramani Ayer, CEO
Hartford Insurance Group            ( IPD Retirement Plan Solution for TWA).
690 Asylum Ave.
Hartford , CT  06115
**Fax** (860) 547-6343        Appellees

**AND OTHER**

CC: Court's, Judge's, Officers and Employees and _"Trustee's"_; and  U.S. Attorney's. under 28 U.S.C.~ 601 to 658 and 711 to **751. of** Judicial Code.

**Dated:** November 29th , 2006

                                                */s/ Herbert McMillan*
                                          **Herbert McMillan**
                                          Pro Se , Appellant
                                          179-17 Anderson Road
                                          St. Albans , NY  11434
                                          (718) 723-4693

