IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

FILED
DEC 28 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BO scanned

**In re:** TWA, POST CONFIRMATION ESTATE )
                 **Debtors.** )
_____ )
In a Pending *Personal Injury* [Suit] of all claims )
"disability" benefits plans, ERISA, and PBGC of )
**Herbert McMillian**, Creditor / Appellant )
*Soc Sec#. last four 8692* )
                 *-against-* )
                 )
**Trans World Airlines, Inc. & (its service list).** )
*NYS Tax Id #. 526976* )
**Hartford Insurance Group, Inc.** )
*Carrier Case #302FC24899* - **code - 39** )
***Defaulting***    Debtors / Appellees )
_____ )

Chapter 11
Docket No.01-56(PJW)
(Jointly Administered)
Appeal No. 05-88(MFW)?

USDC-Civil Docket for
Case No.06-44(SLR)
**Jury Demanded-Appellant**

Court of Appeals-Third Circuit
Docket No.06-4450 -**Panel**

**DOCKETING JUDGMENT BY DEFAULT RE: DOCKET # 5767
AND AFFIDAVIT OF COMPLIANCE OF MAILING AND FILING
AND SERVICE with BANKRUPTCY PROCEDURE 8007.**

State of New York )
County of Queens ).:

**Herbert McMillian,** being duly sworn, deposes and says:

1). I, am the pro Se as the creditor / appellant in the above caption -entitled **jury trial of right** action and fully familiar with all **legal or equitable** issues and claims and *including* liability ;as to **damages,** to be assessed by **jury** heretofore had herein. **28 USC~38. / 1874.**

2). That on the 29th day of November 2006 and pursuant to Fed.R.Civ. P.55(b)1(b)2 and **Rule 5(b).** relating to documents **(i)** **amended** notice of motion **re:** judgment by default upon clerk's refusal to enter the default **(ii)** *proof of* certificate of service (attached)

3). The TWA Inc,. Michael Lichty ,as plan administrator and Jill Farmer, as general counsel and James O'Neill, as co-counsel, debtors/ appellees, duty **appeared** and Herbert McMillian, as pro Se for creditor / appellant On the 11th day of December , 2006 of the (rescheduled) Omnibus Hearing / related to entered of **civil Docket No.5767.** ~ **Jury action demand** by F.R.Cv.P.79(a) ; 77(b) ***and* [** by Bankr.P. Rules 8007 and 9022].

4). The *multi* - appellees, its service list and insurance carrier or trustee"s, *willful, repeat,* **fail** of the following; to **appear** or **respond** or **defend** otherwise to **testify** and to make **disclosure**; at all *prior* hearings of the appellant's **meritorious** MOTIONs. [F.R.Cv.P. 37].

Case 1:06-cv-00044-SLR   Document 23   Filed 12/28/2006   Page 2 of 8

5). The time for <u>all</u> of the above-captioned names, appellees, and joined person in interest, to filed and served an answering affidavit with respect to the **meritorious** MOTIONs has expired, and time to plead has not been extended, and all appellees is now in **default** in pleading **and** to proceed to hearing's of the right to jury trial on action bond.

6). The bankruptcy clerk, David Bird, knowing, neglecting and omitting, the appellant *relevant* timely and proper motion from ready day calendar. ( **Judicial Council Rule 13 / 15** ).

7). The *question* bankruptcy judge, Peter J. Walsh, knowing, neglecting, erroneously **deny** to hear or to take testimony from ~ *witnesses* ~ *of admissible evidence as require a trial of right by jury* at the hearing in related to the appellant **meritorious** prior Motion's. [ Judicial Rule 455 *and* Canon 3) *and* F.R Cv. P. 63].

WHEREFORE, based on aforesaid and foregoing Appellant, **demands,** JUDGMENT BY DEFAULT -against - all of the above- caption names of *defaulting* Appellees, its service lists, in sum of *Insurance Contract* or *ad Damnum an Annuity Contract* with the present value in excess of **$25,000,000,00** (millions dollars) with 20% interest from day of ENTRY of DEFAULT - JUDGMENT by DEFAULT on the record kept by clerk **Re: civil Docket # 5767 ~ "Jury action demand"** for Payment of Retiree Insurance Benefits until paid by 11 USC ~ 1114 (a)(e)1 and 29 USC- 1131 and 1132 **and** sum of *uncertain* equitable or legal claims or issues *including* damages, to be submitted /assessed by a jury for resolution /verdict; **by** Fed. R.Cv.P 38 / 49 / 51 and relationship of 28 USC~ 1874].

If any *appearance* counsel / appellees, / officer, director, *including* court officers and employeees, fail to file and serve an answering affidavit a certified transcripts *of the prior Hearings* upon appellant address as required by federal rules or laws. *within (7) days......*The appellant reserve the right to file, a *joint civil / criminal* formal complaint of misconduct to *prior* (i) judicial council / panel and (ii) disciplinary committee or (iii) grand jury and its preliminary - proceedings.

Dated: December 20, 2006.      Signature of Pro Se, of Record, will argue **appeal**
                                X _Herbert Mc Millian_
SUBSCRIBED AND SWORN TO         Herbert McMillian, Creditor / Appellant
BEFORE ME THIS 20th             179-17 Anderson Road
DAY OF December 2006            St. Albans, NY 11434
_Michael E Pearson_             ( 718) 723-4693
NOTARY PUBLIC

*Additional* **Notice:** to parties Identified on Certificate of Service (*attached*) by **Rule 5b):**

**Research References**
West's Key Number Digest, Federal Civil Procedure ~ 2418 / 2420
C.J.S. Federal Civil Procedure ~ 1134 to 1139 and 1135 to 1138
Federal Practice and Procedure ~ 2663, 2681 to 2702

MICHAEL E. PEARSON
Notary Public, State of New York
No. 01PE6134402
Qualified in Queens County
Commission Expires October 3rd, 2009

Case 1:06-cv-00044-SLR    Document 23    Filed 12/28/2006    Page 4 of 8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing documents;

(1). **Docketing Judgment By Default Re: Docket # 5767 and Affidavit of Compliance of Mailing and Filing and Service with Bankruptcy Procedure 8007.**
were caused to be served this 20th day of December, 2006 and upon the following parties in the manner indicated: (as required by Fed.R.Civ. P.5(b).

**BY: [x] U.S.MAIL or [ ] FAX   [ ] HAND and [ ]   OTHER          :**
*Certified Mail - Return Receipt*
James E.O'Neill, III , Esq. ,Lead co - Counsel of Record -
Pachulski,Stang,Ziehl,        **Attn:** Jill Farmer - General Counsel
Young & Jones                 Michael J. Lichty, Plan Administrator
919 North Market Street       for TWA,Inc. Post Confirmation Estate /Appellees
Wilmington, DE 19899

*Certified Mail - Return Receipt*
David Bird , - Chief Clerk
Peter J. Walsh, - assigned Judge  -Docket No.01-56
Mary F.Walrath                    -Appeal No.05-88
United States Bankruptcy Court
824 -Market Street
Wilmington, DE  19899
**CC:**
*Certificate of Mailing*
Hon: Sue L. Robinson, Chief Judge - Case No. 06-44 - Jury Administrator
United States District Court   ***and***   United States District Trustee's Office  -TWA,Inc.
844 King Street                      844 King Street            Room 2313
Wilmington,DE   19801                Wilmington , DE  19801

*Certificate of Mailing*
Hon: Anthony J. Scirica, Chief  Judge       **In re:** Docket No.06-4450 -**Panel**
United States Court of Appeals              Committee on Model-Civil Jury Instruction
For Third Circuit
601 Market Street
Philadelphia, Pa. 19106 -1729

**Dated:** December 20th , 2006            *[signature]*
                                            **Herbert McMillian** / Pro Se / Appellant
                                            179-17 Anderson Road
                                            St. Albans , NY 11434
                                            (718) 723-4693

Herbert McMillian
179-17 Anderson Road
St. Albans, NY 11434

Hon: Sue L. Robinson, Chief Judge
United States District Court
844 King Street
Wilmington, DE 19801