HERBERT MCMILLIAN / 179 -17 Anderson Road  /  St. Albans , NY  11434
Tele No.(718) 723-4693

May  16,  2007

*Via: Certified  Mail - RRR*
Bifferato , Gentilotti, LLC.  - - Mediation Firm
800 North King Street, 1st Floor
Wilmington , DE.    19801



Re:  Herbert  McMillian  v. Trans World Airlines Inc,et al;.
Hartford Insurance Group.

Dear Mr. Bifferato, **et al,.**

**I.**   Your  papers ? ( 1 to 3  pages ) dated  May  10,  2007  with  reference  to  your invoice  # 24358 and file #2006265 have been received and have been review by  me, .as regarding to your *incompetent*  Alternative Dispute Resolution; program  under 28 USC~ 652 *or* 2071-7. federal district court have exclusive jurisdiction, at issue of *multi*-claims, benefits, relating to under 28 USC~1331 *and* 1334 -Bankruptcy Cases and Proceedings.

**II,**   Based on My record and Court record -Docket No. 06-44(SLR). It appear that *multi- defaulting* respondents adverse party in interest, each of them **refuse** to consent or to participate or litigate, *otherwise* to proceed at any of your scheduled pre- hearings with respect to mediation procedures (ADR) processes, and provision of Discovery - Rule 26.

**III.**   Based on your **fraudulent** papers are returned  for the following reasons;
**(a)**  I, was  never afforded  hearing by your  assigned mediation firm by the Court's.
**(b)**  Your improper, vague , *fees* and *expenses* ~ ~  state of  being frivolous or falsify.
**(c)**  You *and* joined adverse party in interest shall **serve** and **file** disclosing answering affidavit  of  the  *full*  record  of  the  mediation  proceedings;  evaluation  *including* "disqualification" ,under  28 USC~455: on *federal question* matter of all issues of claims *and*  benefits. such evidentiary issue, claims, benefits of facts as jury trial of rights *and* you *and* party in interest must served at undersigned address *and*  filed at **cc:** Federal Court's  in DE. *and* Third Circuit Court in PA.  no  later than 10 days  admitted service.

Certificate of Service *(attached).*

Respectfully

*Herbert McMillian*
Herbert  McMillian

James  E. O'Neill, Lead Co- Counsel..  for Trans World Airlines, Inc.& it Recipients,
John or Jane Doe ,Counsel-in- Fact..... for Hartford Insurance Group
**cc:** Hon. Peter J. Walsh, & Mary F. Walrath for United States Bankruptcy Court/ DE
Hon: Sue L. Robinson , Chief Judge.... for United States District Court / DE
Judicial Council / Panel................... for Third Circuit Court / PA

## CERTIFICATE OF SERVICE

I, Herbert McMillian, as Appellant, the undersigned hereby certify that I, served or caused to be served on the 16th day of May 2007 a copy of the foregoing document's; **(1) Reply in Opposing   (2) Bifferato, Papers Return.** upon the following parties in interest the manner indicated: (as required by Fed.R.Civ.P.5(b) (B) (C) *and* 6(b)(e).

**Method of Service: [x] U.S.MAIL or [ ] FAX    [ ] OTHER_____:**

*Via: Certified Mail - RRR*

Bifferato , Gentilotti, LLC   - Mediation Firm         Attn: Jennifer Randolph
800 North King Street  1st Floor
Wilmington, DE.  19801

*Via: First Class Mail*

Trans World Airlines, Inc. et al, its Recipients **and**    Party in Interest , as Respondents
James E.O'Neill, III , Esq.                                 John & Jane Doe, Counsel-in-Fact
Pachulski, Stang, Ziehl,Young & Jones                       Hartford Insurance Group
919 North Market Street                                     690 Asylum Ave.
Wilmington, DE 19899                                        Hartford , CT.  06115
Attn: TWA Retiree ( PBGC) Plan                          **Attn: IPD** / Retiree Benefit Plan Solutions

cc:

Hon: Sue L. Robinson, Chief Judge     **and**  Hon: Peter J. Walsh & Mary F. Walrath
Case No.06-44 -Jury Administrator             Case No. 01-56 (Jointly Administered)
United States District Court                  United States Bankruptcy Court
844 King Street                               824 Market Street
Wilmington, DE   19801                        Wilmington, DE    19899

Hon: Anthony J. Scirica, Chief  Judge  /    Docket No.06-4450 - ) **Reporter** / **Panel**
United States Court of Appeals         /    Judicial Council  / Model - Civil Jury )
For Third Circuit
601 Market Street
Philadelphia, Pa. 19106 -1729

**Dated:** May  16 , 2007                      *[signature]*

                                             **Herbert McMillian** / Pro Se / Appellant
                                             179-17 Anderson Road
                                             St. Albans , NY  11434
                                             **(718) 723-4693**

**Bifferato Gentilotti LLC**   800 North King Street, 1st Floor
Wilmington, DE 19801

May 10, 2007

Herbert McMillian
179-17 Anderson Road
St. Albans, NY 11434

Dear Mr. McMillian:

Enclosed please find invoice #24358 totaling $329.04, which is split between two parties. Your total due is $164.52. Please enclose payment with reference to the invoice #24358 and file #2006265.

Thank you.

Sincerely,

Erica L. Myrick
Administrative Assistant

BIFFERATO GENTILOTTI L.L.C.
P.O. BOX 2165
WILMINGTON, DE 19899-2165
Phone (302) 429-1900 Fax (302) 429-8600
Federal Tax ID # 51-0378558

McMillian v. Trans World Airlines
Wilmington DE

Page: 1
05/07/2007
Account No: 2006265-000M
Statement No: 24358

Herbert McMillian v. Trans World Airlines

STATEMENT

### Fees

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 3/17/2006 | | | | |
| | JMR | Attention to preparation, electronic filing and service of letter to Chief Judge Robinson. | 0.40 | |
| | ICB | Review and finalize letter to Chief Judge Robinson. | 0.10 | |
| 7/07/2006 | | | | |
| | ICB | Teleconference with Mr. McMillian regarding mediation procedures. | 0.30 | |
| 7/17/2006 | | | | |
| | ICB | Telephone from in-house counsel at The Hartford regarding mediation and background of claim. | 0.30 | |
| | | For Current Services Rendered | 1.10 | 295.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ian Connor Bifferato, Esq. | 0.70 | $350.00 | $245.00 |
| Jennifer M. Randolph | 0.40 | 125.00 | 50.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 3/17/2006 | Case expense costs Courier service to the U.S. District Court. Letter. | 15.00 |
| | Total Expenses | 15.00 |

### Advances

| Date | Description | Amount |
|---|---|---|
| /11/2006 | Cost advanced on behalf of client - (101) Parcels, Inc - courier service. | 18.00 |
| /31/2006 | Cost advanced on behalf of client - Pacer Charge for electronic research and document retrieval from Court electronic case system. | 0.08 |
| /30/2006 | Cost advanced on behalf of client - Pacer Charge for electronic research and document retrieval from Court electronic case system. | 0.96 |
| | Total Advances | 19.04 |
| | Total Current Work | 329.04 |

McMillian v. Trans World Airlines

Herbert McMillian v. Trans World Airlines

Page: 2
05/07/2007
Account No: 2006265-000M
Statement No: 24358

Balance Due $329.04

| Fees | Expenses | Billing History Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 295.00 | 15.00 | 19.04 | 0.00 | 0.00 |

Herbert McMillian
179-17 Anderson Road
St. Albans, NY 11434

Hon: Sue L. Robinson, Chief Judge
United States District Court
844 King Street
Wilmington, DE. 19801