

VIA: PERSON [SERVICE]: 1 of U.S. A...                    *NOT PRECEDENTAL:*

Re: Case No. 06 -4450- Panel: In Re: TWA, INC. POST CONFIRMATION ESTATE

                                                                Debtors

UNITED STATES COURT OF APPEALS         at         JUDICIAL COUNCIL
    FOR THE THIRD CIRCUIT

HERBERT MCMILLIAN, as
(Last four SS #: 8692)                    Appellant's

MARK S. KENNEY, as                        Trustees

vs.

TRANS WORLD AIRLINES, Inc. et, al;
(NYS Tax Id #: 526976)                              06-44 (SLR)

HARTFORD INSURANCE GROUP, Inc. and
Case #: 302-FC-24899

JOHN DOE, and JOINDER, as
                                          Appellees

---

### PETITION FOR
### SOLICITOR GENERAL TO CONDUCT AN INQUIRY
### BEFORE A REHEARING OR TRIAL BY JURY
*Rule of Appellate Procedure -Provision 40 and 28 USC ~ 517 and 518* :

Appeal's from the *joined* of United States Bankruptcy Court *and* United States District Court for the District of Delaware and Opinion from the Court of Appeals -Third Circuit    Panel

**Dated:** June 18, 2007

                    HERBERT MCMILLIAN,           Pro Se for Appellant's
                    179-17 Anderson Road
                    St. Albans, NY 11434
                    (718) 723-4693

Submit for Proposed Findings of Facts and Conclusion of Law Thereon ) Rule 52(a).

***NOTICE*** of STAY for VOLUNTARY DISMISSAL OF ACTION, Without Prejudice. bY APPELLANT. bY STIPULATION in Rule 41(a)(1) *in* 23(c)(g) in 52(c) in 81(c) of Civil Procedure *in* Rule 42 of Appellate Procedure. reflect to "uncontested" Claims. by "jury action" demand -*de novo*; ANEW Judgment as Matter of Law, on all issues, all claims, all benefits, all evidences, which is regulated by Rule 50.

Appellant's, Herbert McMillian, *vs. Appellees,* Trans World Airlines,Inc. et.al,.*and* Hartford Insurance Group Inc. John Doe, Joinder, (Agent). Conflict of Parties in Interest, ( hereinafter "the parties"). from this Court - Three Judges, OPINION' - JUDGMENT [ Filed June 4 , 2007 ].

II

STATEMENT OF APPELLANT, PETITION FOR SOLICITOR GENERAL ,
TO CONDUCT AN INQUIRY BEFORE A REHEARING OR TRIAL BY
JURY, AS TO EACH PARTICULAR POINTS IN REVIEW OF;

**Chronology - INDEX - Official Public Records, Kept by Clerk
"Conflict of Parties in Interest" of dispute of the following:**

1. the U.S. Bankruptcy Clerk of Court - Case No.01-56(PJW) and Appeal No.05-88(MFW) ? *and amend* - Proof of Claims, Claim No. 10006824. - (bmc) agent - Docket No.5853. *Uncontested*:

    (a). Judge, Walsh, secretly voluntary disqualify (himself) see 28 USC ~ 455  conspiring with Judge, Walrath, of the instant abusive , *bogus* Order , findings of facts, on November ,   2005?

    (b)  Clerk., Bird , untimely or improper *in* transmitting copy of records: Docket of Appeal to U.S. District Court / DE on December ,    2005 ? see Bankr...Rule P. **5005**. 8002 ; 8006; and 8007.

2. the U.S. District Court / DE - Docket No. 06-044(SLR) - Jury Demands

    (a). Judge, Robinson , of the instant findings of facts ,clear error, *inconsistent,* Order's ,February    2006?

3. the appointed U. S . *duty* Trustee's of Record *( refuse to make benefits payments , as authorized 11 USC- 1114(d)(e)1) and Title Vi (608)et seq.).*

4. the appointed Mediation Firm, Bifferato , Gentilotti, **(ADR)** program. evaluation report. *Is frivolous of the* written statements, and ( *Appellees, Counsels, refuse to participate).*

5. the U.S. Court of Appeals , Docket No. 06-4450 - Panel -Opinion -Judgment, *(is Questionable).* *(the appellees, counsels, Default in disclosure, an answering affidavit, as required by rules of law.*

6. the appellees TWA, Inc. (NYC Tax Id #: 526976 *and* its  Recipients (list) counsels for debtors / estates, of Record - *include* Joinder *( knowingly refuses to make benefits payments in PBGC) (ERISA),* plan to "McMillian" *as  retiree employee.* **Term** in 18 USC ~ 152 through 156).

2

7. the Appellees, Hartford Insurance Group, (Case #: 302FC-24899 of Record - (*appellees*, obligated insurer carrier, *refuse to make insurance benefits,* claimed *payments*) to "McMillian".

8. the Third- Party,Joinder , Americian Airlines Inc.-appellant, ( Post *"collectively bargaining agreement)* ( *refuse to make benefits payment* , to "McMillian" of similary situated, Appellant"s.

II.

**Federal / Department of Justice / 28 Judicial Code - Section 518 or 535 or 652 to 658:**

**Thereafter ;** Official Duty, U.S. Attorney-General *shall*:

appoint Solicitor General , which shall conduct and Investigate and argue suit and <u>appeal</u> and to inspect <u>all,</u> parts of the aforesaid **chronology** INDEX Official Public Records, and evidentiary of *enumerate* documents, <u>in the United States Court of Appeals -Third Circuit /PA</u> *Before* a trial by a jury reflect the above- *question* adverse *Multi* Parties, and **uncontested** *Multi- Claims* and *Multi - Ligation.* in Paragraph 1 through 8.

III.

**Referral:** to Judicial Council , Standing Committee, of allegations of official serious misconduct by a Attorneys ; Court officers and employees, or *disqualify* "of a Judge's under, Third Circuit Judicial Council Rules 11 ; 13; 14; and 15.and 28 USC~ 455 in F.R.Civ.P 63.
*and*
Attorney Disciplinary Enforcement, by Standing Committee of allegation of crimes , misconduct of Attorney, under U.S.Court Appeals - Third Circuit ,Rule 3 through 15 or 38. *and* 28 USC~1927.

IV.

**Calendar:** Appellant, respectfully request that the proper court, continue restore, to next available calendar on proper Court docket, jurisdiction / venue upon a demand for a right of trial by jury - *de novo ,/ ANEW* by 28 USC- 657, in 81(c) and governing in 38 of F.R.Civ.P. that Present both legal and equitable claims and issues, must be submitted to the jury for binding solution , respect to liability , to <u>damages.</u>

3

V.

**U.S. Trustee's:** Official Duty, shall make all legal Payment of insurance benefit to a retiree employee of equitable claims - *against* - debtors / estate, parties interest to "McMillian", "term" defined in 11- USC ~ 1114(a)(d)(e)1,et al,. *and* (in 1129 **and** Title VI - Provision (Section in 608 (1 through 5). and in Bankruptcy. Protection Act of 1988 , Pub. L.No. 100-334(1988).

VI.

**Removal:** to proper Jurisdiction / Venue Court of Appeals - Second Circuit in (SDNY). where personal injury on the job "arose" "class action" is *pending* similarly situated,of creditor- Appellant , Disability Benefits Suit of state Claims",in Social Security Act. (28-USC~157(d)(5). as *providing in* TWA,*Inc.* **full** (PBGC) plan or ERISA / 401K plan. pursuant to 29 USC~ **1001** or 1002 in 1131 and 1132 *and* SSA, plan. governing of Title 42 USC - section 405) **and** related of Laws.

1.   I, certify that I, conferred in good faith with counsels for adverse appellees, with parties in interest in an effort to stipulate ,settle of voluntary dismissal action, without prejudice, without court, jury action reflect both legal claims, legal issues, but was unable to do so.

2.   On August 24 , 2001 Bankruptcy Court entered an order granting relief requested by McMillian. Upon the motion of McMillian, for trial by jury ,and the Court ordered that the STAY of 11 USC ~ 362(a)(d)(h) *and* **(b)(1)** is modified solely for the purpose of allowing Herbert McMillian (McMillian)" to Proceed in the Social Security Administration proceeding styled <u>Herbert McMillian, et al,. Social Security Claim No. *last four 8692* vs. Trans World Airlines Inc. and Hartford Insurance Group,</u> regarding disability insurance claimed by McMillian as a retired employee of TWA. as <u>Non - Contract Requirements for Retirement Salaried Employee of (PBGC) (ERISA)</u> plan.

4

VII

**Wherefore,** pursuant to F. R. Civ..P. 50(a)(1); appellant, pray and ask for the, relief:

1. Judgment by Default as a Matter of Law in Jury Trial -Demand - against- all absent Appellees, its Recipient, obligate Insurer, for actual , impairment ,pain and suffering, adjustment of costs of living , plus 20% / percent ,*pro ra ta (retroactively) past and future* ,as to liability; as to damages In excess of *ad damnum clause,* an annuity contract/401K, present value of collateral on action bond for such amount as is due, is uncertain, unpaid , <u>uncontested,</u> claims" breach, by default in lump sum of $25.000.000.00(million dollars) posted as security, to be proven at trial, to be assessed by jury ,reflect to McMillian permanent *full* future "Disability Benefit Suit, Claims", in TWA, Inc. management retirement (PBGC) (ERISA),plan *including New York State Worker's Compensation benefits, Claim No.*07954183 on the Job Injury, August 30 , 1979 ) at TWA / JFK.

2. *Other* further relief, ,Criminal penalties *and* Civil enforcement ,under 29 USC~ 1131 and 1132.

**Appellant, Reserve the Right to Filed Civil Complaint amended and Filed Criminal Complaint - against - absent Adverse Appellees". Relating to crimes,** *misconduct,* **violations, offenses, by applicable Federal, State and local law. MODEL JURY / INSTRUCTION - Criminal.**

Dated: June 18, 2007                Respectfully Submitted on Notice
                                    *Herbert McMillian*
                                    HERBERT MCMILLIAN,        <u>Creditor / Appellant</u>
                                    179-17 Anderson Road
                                    St. Albans, NY 11434
                                    (718) 723-4693

**cc:** Parties, *served* identify on Certificate of Service. (attached)

Citing of Precedental Cases of similarly situated *of other Appellant's*
**Statute:** Judge Orders Judicial Review of permanently Disability in Benefits Suit of Claims, Under Social Security Administration, Act. Title 42.et seq.

**1** Dixon vs. Shalala, in Court of Appeals- 2nd Circuit (SDNY) No.212,Docket -94-6040
*Cite as 54 F.3d 1019 (2nd Circuit. 1995- Conclusion.*

2      On February 27, 2004. Bankruptcy Court / DE entered an order granting certain relief requested by Elizabeth Robinson motion. The Court ordered American to make workers' compensation payments to Robinson in the amount of $ 1,866,32 per month retroactive to April 9,2001. On March 28,2005, the District entered an order affirming the Bankruptcy Court's, Order. [ Filed May 10 ,2006 ] Opinion of the Court of Appeals - for Third Circuit - - Three - Circuit Judges No. 05 -2260.

---

The Bankruptcy Court had jurisdiction to review Robinson motion pursuant to 28 USC ~ 157(b)(2) and 1334, The District Court had jurisdiction pursuant to 28 USC ~ 158. We have appellate jurisdiction pursuant to 28 USC ~ 158 and 1291, We have plenary review of the District Court's determination,exercising the same review of the Bankruptcy Court's decision as that exercised by the District Court. *Airline Pilots Ass'n v. Continental Airlines (in re Continental)* 125 F.3d 120,(3d Cir. 1997) We review the Bankruptcy Court's finding of fact only for clear error and its legal determinations *de novo. Id.*

**Appellant, McMillian, seek for Anew Trial, Grand Jury Proceeding,)** Fed. Crim. P. 33 **or** Title **18** USC ~ based on prosecutorial misconduct, perjury, conspiracy, filing false documents, making false statement, to **TRIBUNAL, )** see; Rule 11 *and* **(joinder)** in Rule 8. **or** Title 18 USC~ 152 through 156.

                      and

**Appellant, McMillian, see Criminal Forfeiture, proceeding,** Fed, Rule Crim. P. 32. or Title 18 ~ USC ~ 152 through 156 and 3057 Bankruptcy Investigation of (Bankruptcy Crimes).

    GENERAL PROVISIONS APPLICABLE TO COURT OFFICERS AND EMPLOYEES
        **see;** 28 U.S.C. ~ 951 through 959 (a) (b) - Appellant, right to trial by jury.

Certificate of Compliance Regarding Length of
Petition For Solicitor General to Conduct an Inquiry
Before a Rehearing or Trial by Jury

I, certify that pursuant to Circuit Rule 40-1, the attached Petition for Solicitor General to Conduct an Inquiry, before a rehearing or Trial by Jury ~ *de novo / Anew* in compliance with Federal.R.App.32(c) and does not exceed 15 pages.

*Herbert McMillian*
Herbert McMillian, Pro Se
*Creditor / Appellant*

## CERTIFICATE OF SERVICE

I, Herbert McMillian, as Appellant, the undersigned hereby certify that I, served or caused to be served on the 18 day of June 2007 a copy of the foregoing document's;
**(1). Petition for Solicitor General, to Conduct Inquiry, Before a Rehearing / Trial by Jury**
**(2). Court of Appeals -Third Circuit / Opinion Judgment - Entered -June 4 ,2007.**
upon the following parties in interest the manner indicated: (as required by Fed.R.Civ.P.5(b) (B) (C) *and* 6(b)(e).

**Method of Service:** [x] U.S.MAIL or [ ] FAX    [x] OTHER: PERSONAL

Hon: Anthony J. Scirica, Chief Judge      / Docket No.06-4450
United States Court of Appeals            at Judicial Council
For Third Circuit
601 Market Street
Philadelphia, Pa. 19106-1727

TWA, Inc. Post Confirmation Estate /Debtors *and* its, Recipients , Agent,  as Appellees.
Plan Administrator / General Counsel  **and**   Chief Executive Officer /
James E.O'Neill, III , Esq. .                General Counsel
Pachulski, Stang, Ziehl,Young & Jones        Hartford Insurance Group
919 North Market Street                      690 Asylum Ave.
Wilmington, DE 19899                         Hartford , CT. 06115
Attn: TWA Retiree ( PBGC) Plan         **Attn: IPD / Retiree Benefit Plan Solutions**

Hon: Sue L. Robinson, Chief Judge     **and** Hon: Peter J. Walsh *and* Mary F. Walrath
Case No.06-44 -Jury Administrator          Case No. 01-56     *and* Appeals No.05-88
United States District Court               United States Bankruptcy Court -   Judges
844 King Street                            824 Market Street
Wilmington, DE  19801                      Wilmington, DE   19899

Mark S. Kenney,        Trustee
U.S. Trustee's District Office / For TWA    Bifferato, Gentilotti, LLC -      Mediator
844 King Street /   Room 2313               800 North King Street
Wilmington, DE. 19801                       Wilmington , DE. 19801

**Dated:** June 18 , 2007

*[signature: Herbert McMillian]*

**Herbert McMillian /**       *Pro Se/ Appellant*
179-17 Anderson Road
St. Albans , NY 11434
**(718) 723-4693**



Herbert McMillian
179-17 Anderson Road
St. Albans, NY 11434

Hon: Sue L Robinson, Chief Judge
United States District Court
844 King Street
Wilmington, DE. 19801

Clerk of Court Office