OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 7, 2007

TO:  Herbert McMillian
     179-17 Anderson Road
     St. Albans, NY 11434

**RE:  *Document Returned to Appellant; 06-44(SLR)***

Dear Mr. McMillian:

    This office received a document titled "Judgment" signed by
you on July 31, 2007. This document is being returned to you
because the case is closed.

    Nothing contained in this letter is intended to express an
opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson
enc: Document titled "Judgment"



FILED

AUG 3 2007

SUE L/ROBINSON

BP scanned

**VIA: U.S. CERTIFIED MAIL/RRR** *or*

**UNITED STATES COURT OF APPEALS** at
**FOR THE THIRD CIRCUIT**

In re: TRANS WORLD AIRLINES, Inc. et al.,
                                    Debtors

**NOT PRECEDENTIAL**

**Judicial Counc.   Judges**
( Fed R.Civ.P. 79(a)(b)(d) ) & 83.

Case No. civ. 06-4450

U.S. District Court / DE  ROBINSON, DISTRICT JUDGE

| | | |
|---|---|---|
| HERBERT MCMILLIAN, | ) | Case No.06-44(SLR) |
| (Last four SS #: 8692)    Creditor / Appellant | ) | **Jury Demanded** |
| | ) | |
| MARK S. KENNEY, as    Trustee's | ) | U.S. Bankruptcy Court / DE |
| *-against-* | ) | Case No.01-56(PJW) |
| | ) | Appeal No. 05-88(MFW) |
| TRANS WORLD AIRLINES,   Inc.; | ) | |
| ( NYS Tax Id # 526976) | ) | |
| | ) | **An action against a natural person** |
| HARTFORD INSURANCE GROUP, Inc. | ) | **based upon non- payment of a** |
| ( Case No.302-FC-24899) *and* ( Worker Compensation | ) | **contractual obligation.** |
| No.07954183) | ) | |
| Debtors / Appellees | ) | |
| | ) | |

To: Parties Identified on the *(attached)* Certificate of Service ) Fed. R. Civ..P.5b. 77d.

### JUDGMENT
#### Fed.R.Civ.P.54(b)(c) 62(b)(f)(h)

NOTICE OF ENTRY within is a (*attached* ) certified copy of an purpose duly

JUDGMENT as a MANDATE on the "Filing the Records " together with a copy of the

opinion in United States Court of Appeal - for the Third Circuit - before: Circuit Judges

entered on the 9th day of July 2007 in this action. by "jury" has been properly - demanded.

NOW, ON MOTION WITH AFFIDAVIT OF Herbert McMillian, as pro Se for

creditor's, / appellant's. Therefore,

IT IS ORDERED AND ADJUDGED that:

1. Herbert McMillan , creditor - appellant , have [ monetary] judgment in reference

Trans World Airlines - Non - Contract Retirement Policy Plan the terms Definition,